Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH,<br><br>Defendants. | Case No. 2:21-cv-03120-JVS-KES<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF KENNETH KESSLER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br>CLASS ACTION<br><br>JUDGE: James V. Selna<br>HEARING: July 12, 2021<br>TIME: 1:30 p.m.<br>CTRM: 10C (Santa Ana) |

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF KENNETH KESSLER FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL
2:21-cv-03120-JVS-KES

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., counsel for Kenneth Kessler ("Movant"). I make this declaration in support of Movant's motion for appointment as Lead Plaintiff and for approval of Movant's choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    Movant's PSLRA certification;

Exhibit 3:    Movant's loss chart; and

Exhibit 4:    The Rosen Law Firm, P.A.'s firm resume.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 9th day of June 2021.

/s/ Laurence M. Rosen
Laurence M. Rosen

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF KENNETH KESSLER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL
2:21-cv-03120-JVS-KES

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On June 9, 2021, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF KENNETH KESSLER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 9, 2021.

/s/ Laurence M. Rosen
Laurence M. Rosen

3

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF KENNETH KESSLER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL
2:21-cv-03120-JVS-KES