# EXHIBIT 3

**Braxia Scientific Corp. f/k/a Champignon Brands Inc. Loss Chart**
**Class Period: Between March 27, 2020 and February 17, 2021**

**Lookback Price**

$0.428

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kessler, Kenneth | 5/29/2020 | 10,000 | ($1.320) | ($13,200.00) | 4/21/2021 | 2,603 | $0.273 | $710.62 | | | |
| | | | | | 4/21/2021 | 7,397 | $0.271 | $2,004.59 | | | |
| | | 10,000 | | ($13,200.00) | | 10,000 | | $2,715.21 | 0 | $0.00 | ($10,484.79) |