# EXHIBIT C

## Loss Chart

**Company Name:**  Champignon Brands Inc.
**Ticker:**  SHRMF
**Class Period:**  March 27, 2020 to February 17, 2021
**Name:**  Michael G. Quinn Jr.

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/16/2021 | 100,000 | $0.76 | -$76,000.0000 | | $0.0000 | -$76,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **100,000** | | | | **Subtotal:** | **-$76,000.00** |
| | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $42,928.71 |
| | | $0.4293 | 100,000 | **Total:** | **-$33,071.29** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/11/2021 | 2,000 | $0.70 | -$1,400.0000 | | $0.0000 | -$1,400.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **2,000** | | | | **Subtotal:** | **-$1,400.00** |
| | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $858.57 |
| | | $0.4293 | 2,000 | **Total:** | **-$541.43** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between February 17, 2021 and May 17, 2021.

| Michael G. Quinn Jr. Loss Summary | |
|---|---|
| Account 1: | -$33,071.29 |
| Account 2: | -$541.43 |
| **Total Loss:** | **-$33,612.71** |