# EXHIBIT A

**Braxia Scientific Corp. f/k/a Champignon Brands Inc. (SHRMF)**
**Class Period: March 27, 2020 and February 17, 2021**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $0.4234 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ryan, Tim | 12/11/2020 | 20,000 | $0.8258 | ($16,515) | | | | | | | |
| **Ryan, Tim** | | **20,000** | | **($16,515)** | | | | | **20,000** | **$8,468** | **($8,047)** |

*Avg Closing Prices from February 18 to May 18