Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Casey E. Sadler (SBN 274241)
  csadler@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Michael G. Quinn*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH,<br><br>Defendants. | Case No. 2:21-cv-03120-JVS-KES<br><br>**MOTION SEEKING ADJOURNMENT OF RULE 26(f) SCHEDULING CONFERENCE AND SUSPENSION OF RELATED DEADLINES** |

Lead Plaintiff Michael G. Quinn ("Lead Plaintiff" or "Quinn") respectfully moves this Court for an Order adjourning the Rule 26(f) Scheduling Conference currently scheduled for July 12, 2021 at 10:30 a.m. and suspending related deadlines.

Good cause exists to adjourn the conference:

1. The above-captioned action alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). The PSLRA provides, among other things, that any member of the putative class may move the Court to serve as lead plaintiff not later than 60 days after the requisite notice is published. 15 U.S.C. § 78u-4(a)(3)(A). Accordingly, three motions seeking appointment as lead plaintiff were filed. *See* Dkt. Nos. 10, 15, 20. On June 29, 2021, *i.e.* three days prior to the deadline for the Joint Rule 26(f) Report, the Court granted Quinn's motion, appointing him as Lead Plaintiff and approving his selection of Glancy Prongay & Murray LLP as Lead Counsel for the Class.

2. Following the Court's Order, counsel for Lead Plaintiff, who were not counsel for the initial plaintiff in this action, attempted to determine the status of service of the summons and complaint on Defendants Champignon Brands Inc., Gareth Birdsall, and Matthew Fish (collectively, "Defendants"). According to counsel for the initial plaintiff, service had not been effectuated on any of the Defendants. As such, Lead Plaintiff has begun the process of attempting to serve the Defendants, all of whom reside in Canada and must be served in accordance with the Hague Convention.

3. As a result of the foregoing, Lead Plaintiff has been unable to confer with Defendants (who had not been served with the initial complaint in this action) or with counsel for Defendants (who have not appeared in the case) to submit the Joint Rule 26(f) Report. Moreover, the PSLRA provides that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss,"

thus it is premature to exchange initial disclosures or otherwise engage in discovery. *See* 15 U.S.C. § 78u-4(b)(3)(B).

      Accordingly, Lead Plaintiff respectfully requests that the July 12, 2021 conference be adjourned and all related deadlines be suspended pending further order of the Court. Additionally, while Lead Plaintiff is unsure how long it will take to effectuate service on the Defendants, Lead Plaintiff is willing to submit an update to the Court in sixty (60) days, or some other amount of time, if the Court so desires.

DATED:  July 2, 2021              Respectfully submitted,

                                      GLANCY PRONGAY & MURRAY LLP

                                      By:  */s/ Casey E. Sadler*
                                      Robert V. Prongay
                                      Casey E. Sadler
                                      1925 Century Park East, Suite 2100
                                      Los Angeles, California 90067
                                      Telephone:  (310) 201-9150
                                      Facsimile:  (310) 201-9160
                                      Email:  info@glancylaw.com

                                      *Attorneys for Lead Plaintiff Michael G. Quinn*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On July 2, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 2, 2021, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler