# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH,<br><br>Defendants. | Case No. 2:21-cv-03120-JVS-KES<br><br>**[PROPOSED] ORDER ADJOURNING RULE 26(f) SCHEDULING CONFERENCE** |

Having considered the motion of Michael G. Quinn Jr. for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED; and
2. The Rule 26(f) Scheduling Conference set for July 12, 2021 at 10:30 a.m. is adjourned *sine die* and all related deadlines are hereby suspended.

**SO ORDERED.**

Dated: _____, 2021

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE