# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH,<br><br>    Defendants. | Case No. 2:21-cv-03120-JVS-KES<br><br>**ORDER DIRECTING ISSUANCE OF ADDITIONAL SUMMONS FOR BRAXIA SCIENTIFIC CORP. F/K/A CHAMPIGNON BRANDS INC.** |

Having considered the request of Michael G. Quinn Jr. Seeking Issuance of Additional Summons for Braxia Scientific Corp. f/k/a Champignon Brands Inc. (the "Request"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Request is GRANTED; and
2. The Clerk is directed to issue a summons to "Braxia Scientific Corp. f/k/a Champignon Brands Inc."

**SO ORDERED.**

Dated: August 03, 2021

                                                                                   _____
                                                                                   HON. JAMES V. SELNA
                                                                                   UNITED STATES DISTRICT JUDGE