Bruce G. Vanyo (SBN 60134)
bruce@katten.com
Deeksha Kohli (SBN 333887)
deeksha.kohli@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

*Counsel for Defendant Champignon
Brands Inc. n/k/a Braxia Scientific Corp.,
Gareth Birdsall, Matthew Fish,
Stephen Brohman, and Roger McIntyre*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH,<br><br>Defendants. | Case No. 2:21-cv-03120-JVS-KES<br><br>**DECLARATION OF JONATHAN A. ROTENBERG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFF'S AMENDED COMPLAINT**<br><br>Judge:  Hon. James V. Selna<br>Courtroom:  10C<br>Date:  May 9, 2021<br>Time:  1:30 p.m. |

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

DECLARATION OF JONATHAN A. ROTENBERG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

I, Jonathan A. Rotenberg, declare and state as follows:

1.     I am an attorney of the law firm Katten Muchin Rosenman LLP, counsel of record for defendants Champignon Brands Inc. n/k/a Braxia Scientific Corp. ("Braxia"), Gareth Birdsall, Roger McIntyre, Stephen Brohman, and Matthew Fish.[1]  I submit this declaration to put before the Court true and correct copies of the following documents cited in the Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Lead Plaintiff's Amended Complaint.

| Ex. | Description |
| --- | --- |
| A | Report issued by the Canadian Securities Administrators, titled "Harmonized Continuous Disclosure Review Program [CSA Staff Notice]," dated July 24, 2009, and published on the British Columbia Securities Commission's official website at https://www.bcsc.bc.ca/securities-law/law-and-policy/instruments-and-policies/5-ongoing-requirements-for-issuers-insiders/current/51-312 |
| B | Excerpts from Braxia's Initial Public Offering Prospectus filed with SEDAR on February 5, 2020 |
| C | Material Change Report Braxia filed with SEDAR on March 27, 2020 annexing a press release, titled "Champignon Brands to Acquire Craft Mushroom Cultivator," dated March 13, 2020 |
| D | Material Change Report Braxia filed with SEDAR on March 30, 2020 annexing a press release, titled "Champignon Brands Expands Alternative Medicine IP Portfolio with Ketamine, Adaptogenic Delivery Systems/Formulations," dated March 19, 2020 |
| E | Material Change Report Braxia filed with SEDAR on April 6, 2020 annexing a press released, titled "Champignon Expands Preclinical Pipeline with Measured Psilocybin Dosages Studies at University of Miami," dated March, 27, 2020 |
| F | Material Change Report Braxia filed with SEDAR on April 17, 2020 annexing a press release, titled "Champignon to Acquire AltMed Capital Corp., Contributing Health Canada's Only Approved Psychedelic Medicine Clinic, SOPs for Clinical Expansion, Existing IP & Multiple Trials," dated April 9, 2020 |

[1] All capitalized terms and abbreviations have the same meanings as in the concurrently-filed Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Lead Plaintiff's Amended Complaint.

1

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| Ex. | Description |
|---|---|
| G | Press release issued by Braxia, titled "Champignon Ketamine Treatment to be Dispensed by Major Canadian Pharmacy Chain; Closes Altmed," dated April 30, 2020 |
| H | Material Change Report Braxia filed with SEDAR on May 11, 2020 announcing that it had completed its acquisition of AltMed |
| I | Braxia's Condensed Interim Unaudited Financial Statements for the Six-Month Period Ended March 31, 2020, and the accompanying Certifications of Interim Filings, filed with SEDAR May 29, 2020 |
| J | Braxia's Management Discussion & Analysis accompanying the Financial Statements, filed with SEDAR on May 29, 2020 |
| K | Press release issued by Braxia, titled "Champignon Announces Regulatory Review," dated June 22, 2020 |
| L | Business Acquisition Report for AGL that Braxia filed with SEDAR on July 21, 2020 |
| M | Business Acquisition Report for Novo that Braxia filed with SEDAR on July 21, 2020 |
| N | Business Acquisition Report for Tassili that Braxia filed with SEDAR on July 21, 2020 |
| O | Press release issued by Braxia, titled "Champignon Provides Update on Disclosure Review," dated September 15, 2020 |
| P | Webpages published by the Department of Homeland Security on its official website: (1) "Fact Sheet: DHS Measures on the Border to Limit the Further Spread of Coronavirus," originally published on March 23, 2020 and available at https://www.dhs.gov/news/2020/10/19/fact-sheet-dhs-measures-border-limit-further-spread-coronavirus; and (2) "Frequently Asked Questions: Guidance for Travelers to Enter the U.S.," originally published on October 29, 2021 and available at https://www.dhs.gov/news/2021/10/29/frequently-asked-questions-guidance-travelers-enter-us |
| Q | Excerpts from a report issued by the Canadian Securities Administrators, titled "CSA Multilateral Staff Notice 51-361 *Continuous Disclosure Review Program Activities for the fiscal years ended March 31, 2020 and March 31, 2019*," dated November 18, 2020, and published on the British Columbia Securities Commission's official website at https://www.bcsc.bc.ca/securities-law/law-and-policy/instruments-and-policies/5-ongoing-requirements-for-issuers-insiders/current/51-361/51-361-csa-multilateral-staff-notice-november-18-2020 |
| R | Press release issued by Braxia, titled "Champignon Brands to Restate Financial Statements and MD&A has Prepared CSE Listing Statement," dated February 17, 2021 |

2

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| Ex. | Description |
|---|---|
| S | Braxia's Restated Condensed Interim Unaudited Financial Statements for the Six-Month Period Ended March 31, 2020, filed with SEDAR on March 11, 2021 |
| T | Braxia's Restated Management Discussion & Analysis accompanying the Restatement, filed with SEDAR on March 11, 2021 |
| U | Historical stock price chart generated by Bloomberg showing Braxia's stock prices on March 11 and 12, 2021 |
| V | Complaint, dated April 20, 2021, filed in the action captioned *Liu v. Champignon Brands Inc., et. al.* in the Supreme Court of British Columbia |
| W | News article published by The New York Times on November, 28, 2021, titled "Japan bans all foreign travelers, and Australia delays its reopening," available at https://www.nytimes.com/2021/11/28/world/middleeast/israel-morocco-travel-bans-omicron.html |
| X | International Accounting Standard 24 (Related Party Disclosures) |
| Y | International Accounting Standard 28 (Investments in Associates and Joint Ventures) |
| Z | International Accounting Standard 38 (Intangible Assets) |
| AA | "Frequently Asked Questions" webpage published on Braxia's website, available at https://braxiascientific.com/faq/ |
| BB | Maps generated by Google Maps showing the distances between (1) the northern border of San Luis Obispo County, California and the southern border of Multnomah County, Oregon; and (2) the northern border of Multnomah County, Oregon and the southern border of Canada |
| CC | Federal Judicial Caseload Statistics report published by the Administrative Office of the U.S. Courts on its official website showing civil caseload statistics for each U.S. District Court during the year ending March 31, 2020, available at https://www.uscourts.gov/statistics/table/c-1/federal-judicial-caseload-statistics/2020/03/31 |

Katten
KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

3

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2020, in Teaneck, New Jersey.

*Jonathan Rotenberg*

Jonathan A. Rotenberg

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel    310.788.4471 fax

4