# Exhibit B

*No securities regulatory authority has expressed an opinion about these securities and it is an offence to claim otherwise.*

*These securities have not been and will not be registered under the United States Securities Act of 1933, as amended, (the "U.S. Securities Act") and, may not be reoffered, resold or transferred to, or for the account or benefit, of a U.S. Person (as that term is defined in Regulation S of the U.S. Securities Act) except pursuant to an effective registration statement under the U.S. Securities Act, and any applicable state securities laws, or pursuant to an available exemption from the registration requirements from the U.S. Securities Act and any applicable state securities laws. This prospectus does not constitute an offer to sell or a solicitation of an offer to buy any of these securities offered hereby in the United States to, or for the account or benefit of a U.S. Person. See "Plan of Distribution".*

**February 5, 2020**

**PROSPECTUS**
**INITIAL PUBLIC OFFERING**



Suite # 2300, 1177 West Hasting Street,
Vancouver, BC, V6E 2K3
(604) 408-7488

**Minimum of 7,000,000 Common Shares and up to a Maximum of 16,666,667 Common Shares**

**Price: $0.15 per Common Share**

**Minimum of $1,050,000 and up to a Maximum of $2,500,000**

Champignon Brands Inc. (the "Company") is offering (the "Offering") to purchasers resident in British Columbia, Alberta and Ontario, through its agent, PI Financial Corp. (the "Agent") on a commercially reasonable efforts basis, a minimum of 7,000,000 Common Shares (as defined herein) and a maximum of 16,666,667 Common Shares (the "Offered Shares") of the Company at a price of $0.15 per Offered Share (the "Offering Price") for minimum gross proceeds of $1,050,000 (the "Minimum Offering") and maximum gross proceeds of $2,500,000 (the "Maximum Offering", and together with the Minimum Offering, the "Offering"). The Offering Price was determined by negotiation between the Agent and the Company in accordance with applicable policies of the Canadian Securities Exchange (the "Exchange"). See "Plan of Distribution".

|  | Price to Public[1] | Underwriting Discounts or Commission[2] | Net Proceeds to the Company[3] |
| --- | --- | --- | --- |
| Per Common Share | $0.15 | $0.012 | $0.138 |
| Minimum Offering | $1,050,000 | $84,000 | $966,000 |
| Maximum Offering | $2,500,000 | $200,000 | $2,300,000 |

Notes:

(1)  The Company has granted the Agent an option (the "Agent's Option") to allow the Agent to sell up to an additional 2,250,000 Offered Shares, at the Offering Price for additional gross proceeds of up to $337,500. The Agent's Option is exercisable at the discretion of the Agent, in whole or in part, at any time up to 48 hours prior to Closing. If the Agent's Option is fully exercised, the Offering Price to Public will be $2,837,500, the Agent's Commission will be $227,000, and the Net Proceeds to the Company will be $2,610,500. The grant of the Agent's Option and the issuance of any Offered Shares upon exercise thereof are qualified by this Prospectus.

(2)  The Agent shall receive a cash commission equal to 8% of the aggregate gross proceeds of the Offering, including any proceeds from the Agent's Option. The Agent will also be granted that number of non-transferable Common Share purchase warrants (the "Agent's Warrants") equal to 8% of the aggregate number of Common Shares sold under this Offering, with each Agent's Warrant being exercisable to purchase one Common Share at a price of $0.30 per Common Share for a period of 24 months from the Listing Date (as defined herein). The Agent's Warrants are qualified by this prospectus. In addition, the Company has agreed to reimburse the Agent for all reasonable expenses incurred in connection with this Offering and has provided a retainer of $15,000, from which those expenses are to be deducted, with the balance to be paid at Closing. In addition, the Company has agreed to pay the Agent a non-refundable corporate finance fee of $25,000 (the "Corporate Finance Fee"). See "Plan of Distribution".

(3)  Before deducting the balance of the costs of the Offering, estimated at $90,000, which includes the Corporate Finance Fee, legal and audit fees and other expenses of the Company, the Agent's expenses including its legal fees, the listing fee payable to the Exchange and the filing fees payable to the British

Ex. B, at 1

## PROSPECTUS SUMMARY

*The following is a summary of the principal features of this distribution and should be read together with the more detailed information and financial data and statements contained elsewhere in this prospectus.*

**The Company**

Champignon Brands Inc. (previously defined as the "Company") was incorporated in British Columbia under the *Business Corporations Act (British Columbia)* on March 26, 2019 under the name Nature Leaf Wellness Corp. On June 7, 2019, the Company changed its name to "Champignon Brands Inc."

To date, the Company has been engaged in the formulation and end distribution of a suite of artisanal mushroom infused beverage products, with the objective of promoting holistic health and wellness through a healthy diet. See "Business of the Company".

**The Offering**

| | |
|---|---|
| Offering: | The Company is offering a minimum of 7,000,000 and a maximum of 16,666,667 Offered Shares at the Offering Price of $0.15 per Offered Share for minimum gross proceeds of $1,050,000 and maximum gross proceeds of $2,500,000.  In addition, the Company has granted the Agent the Agent's Option to allow the Agent to sell up to an additional 2,250,000 Offered Shares, at the Offering Price for additional gross proceeds of up to $337,500. The prospectus qualifies the grant of the Agent's Option, the distribution of the Offered Shares and the issuance of the Agent's Warrants. See "Plan of Distribution". |
| Agent's Commission: | Under the terms of the Agency Agreement, the Company will pay the Agent the Agent's Commission equal to 8% of the total gross proceeds of the Offering.  In addition to the Agent's Commission, the Company will issue to the Agent the Agent's Warrants to purchase that number of Common Shares equal to 8% of the aggregate number of Offered Shares sold under the Offering, each Agent's Warrant exercisable to purchase one Common Share at a price of $0.30 per Common Share for a period of 24 months following the Listing Date.  The Company has also agreed to pay to the Agent a Corporate Finance Fee of $25,000, as well as pay for all reasonable expenses of the Agent in connection with the Offering.  See "Plan of Distribution". |
| Use of Proceeds: | The estimated net proceeds of the Minimum Offering, after deducting the estimated balance of the expenses of the Offering of $90,000 and the Agent's Commission of $84,000 will be $876,000 and will be used invest in growing infrastructure, purchase inventory and for general working capital purposes. The estimated net proceeds of the Maximum Offering, after deducting the estimated balance of the expenses of the Offering of $90,000 and the Agent's Commission of $200,000 will be $2,210,000 and will be used to expand the Company's product line, invest in growing infrastructure, purchase inventory, conduct research and for general working capital purposes. As at December 31, 2019, the Company had a working capital surplus of $689,200.  Accordingly, the Company anticipates having minimum available funds of approximately $1,565,200 and maximum available funds of approximately $2,899,299 following Closing of the Offering.  See "Use of Proceeds". |

**Risk Factors**

An investment in the Company is speculative and involves a high degree of risk.  Accordingly, prospective investors should carefully consider and evaluate all risks and uncertainties involved in an investment in the Company, including risks related to:

- the Company has not been profitable to date and there is no assurance that it will be profitable in the future, or that profitability, if achieved, will be sustained;
- the Company may require additional financing in order to continue the development and growth of its business;
- the limited operating history of the Company and  its negative operating cash flow;
- the Company may be subject to growth-related risks including pressure on its internal systems;
- the profitability of the Company depends to a significant extent upon a number of factors relating to market acceptance of its products;
- the Company's ability to meet demand is dependent on its ability to acquire a sufficient amount of mushrooms;

5

- the Company has a limited number of products and its business may be adversely affected if the mushroom market declines;
- potential negative consumer perception and market acceptance of the use of mushrooms;
- the Company's ability to market its products and obtain brand awareness of its products;
- the Company's success will depend, in part, upon its ability to develop, introduce and market new innovative products, and the Company cannot ensure its ability to do so;
- the Company's dependency on third parties to package its products;
- the Company's reliance on third party manufacturers and marketers;
- the ability of the Company to obtain satisfactory results in its investigation to commercialize and market mushroom infused coffee;
- the Company not having product liability insurance coverage;
- the potential for product recalls of the Company's products;
- government regulation of the Company's products;
- the Company faces significant competition from larger businesses;
- product liability claims against the Company will harm its business; and
- the Common Shares of the Company are speculative and may experience high volatility on the Exchange.

See "Risk Factors".

**Selected Financial Information**

The following table summarizes selected financial information for the period from inception on March 26, 2019 to September 30, 2019 and should be read in conjunction with the audited financial statements for the period from inception on March 26, 2019 to September 30, 2019. See "Management's Discussion and Analysis" and "Financial Statements".

| | Period from inception on March 26, 2019 to September 30, 2019 (audited) ($) |
|---|---|
| Revenue | 212 |
| Cost of Sales | (87) |
| | 125 |
| Expenses | (172,848) |
| Net income (Loss) | (172,723) |
| Income (Loss) per share (basic and diluted) | (0.02) |
| Working capital (deficiency) | 989,282 |
| Assets | |
| Current assets | 1,042,545 |
| Intangible assets | 117,929 |
| **Total Assets** | **1,160,474** |
| Liabilities | |
| Current liabilities | 53,263 |
| Total Liabilities | - |
| Shareholders' Equity | 1,107,211 |
| **Total Liabilities and Shareholders' Equity** | **1,160,474** |

6

Ex. B, at 3

**Agent's Commission**

The Company has agreed to pay to the Agent a cash commission equal to 8% of the aggregate gross proceeds of the Offering in consideration for its services in connection with the Offering. Such commission, together with all other expenses of the Offering, will be paid by the Company out of the proceeds of the Offering.  The Company has also agreed to pay to the Agent the Corporate Finance Fee of $25,000 upon Closing of the Offering and the Agent's expenses related to the Offering including reasonable legal fees, taxes and disbursements.

As additional compensation, on the Closing, the Company has agreed to grant to the Agent that number of Agent's Warrants equal to 8% of the number of Offered Shares sold pursuant to this Offering, each Agent's Warrant is exercisable to acquire one Common Share at the price of $0.30 per Common Share for a period 24 months from the Listing Date.  The Agent's Warrants will be qualified under this prospectus.

**Listing of Common Shares on the Exchange**

The Company has applied to list its Common Shares on the Exchange. Listing is subject to the Company fulfilling all of the requirements of the Exchange.

As of the date of this prospectus, the Company does not have any of its securities listed or quoted, has not applied to list or quote any of its securities, and does not intend to apply to list or quote any of its securities on the Toronto Stock Exchange, Aequitas NEO Exchange Inc., a U.S. marketplace, or a marketplace outside Canada and the United States of America (other than the Alternative Investment Market of the London Stock Exchange or the PLUS markets operated by PLUS Markets Group plc).

**RISK FACTORS**

An investment in the Company is speculative and involves a high degree of risk.  Accordingly, prospective investors should carefully consider the specific risk factors set out below, in addition to the other information contained in this document, before making any decision to invest in the Company.  The Directors consider the following risks and other factors to be the most significant for potential investors in the Company, but the risks listed do not necessarily comprise all those associated with an investment in the Company and are not set out in any particular order of priority.  Additional risks and uncertainties not currently known to the Directors may also have an adverse effect on the Company's business.

If any of the following risks actually occur, the Company's business, financial condition, capital resources, results or future operations could be materially adversely affected.  In such a case, the price of the Common Shares could decline and investors may lose all or part of their investment.

**Substantial Number of Authorized but Unissued Shares**

The Company has an unlimited number of Common Shares that may be issued by the Board of Directors without further action or approval of the Company's shareholders. While the Board of Directors is required to fulfill its fiduciary obligations in connection with the issuance of such shares, the shares may be issued in transactions with which not all shareholders agree, and the issuance of such shares will cause dilution to the ownership interests of the Company's shareholders.

**Dilution**

The financial risk of the Company's future activities will be borne to a significant degree by purchasers of the Common Shares. If the Company issues Common Shares from its treasury for financing purposes, control of the Company may change and purchasers may suffer additional dilution.

**No Market for Securities**

There is currently no market through which any of the Common Shares, may be sold and there is no assurance that such securities of the Company will be listed for trading on a stock exchange, or if listed, will provide a liquid market for such securities.  Until the Common Shares are listed on a stock exchange, holders of the Common Shares may not be able to sell their Common Shares.  Even if a listing is obtained, there can be no assurance that an active public market for the Common Shares will develop or be sustained after completion of the Offering.  The Offering Price determined by negotiation between the Company and the Agent was based upon several factors, and may bear no relationship to the price that will prevail in the public market.  The holding of Common Shares involves a high degree of risk and should be undertaken only by investors whose financial resources are sufficient to enable them to

assume such risks and who have no need for immediate liquidity in their investment.  Common Shares should not be purchased by persons who cannot afford the possibility of the loss of their entire investment.

**Additional Requirements for Capital**

Substantial additional financing may be required if the Company is to be successful develop its business.  No assurances can be given that the Company will be able to raise the additional capital that it may require for its anticipated future development.  Any additional equity financing may be dilutive to investors and debt financing, if available, may involve restrictions on financing and operating activities.  There is no assurance that additional financing will be available on terms acceptable to the Company, if at all.  If the Company is unable to obtain additional financing as needed, it may be required to reduce the scope of its operations or anticipated expansion.

**Negative Cash Flow from Operating Activities**

The Company has had negative cash flow from operating activities since inception.  Significant capital investment will be required to achieve the Company's existing plans. There is no assurance that the Company's business will generate earnings, operate profitably or provide a return on investment in the near future. Accordingly, the Company may be required to obtain additional financing in order to meet its future cash commitments.

**Limited Operating History**

The Company has no products producing positive cash flow and its ultimate success will depend on its ability to generate cash flow from its products in the future.  The Company has not earned profits to date and there is no assurance that it will do so in the future.  Significant capital investment will be required to achieve profitable sales from the Company's existing and future products.  There is no assurance that the Company will be able to raise the required funds to continue these activities.

**Management of Growth**

The Company may be subject to growth-related risks including pressure on its internal systems and controls. The Company's ability to manage its growth effectively will require it to continue to implement and improve its operational and financial systems and to expand, train and manage its employee base. The inability of the Company to deal with this growth could have a material adverse impact on its business, operations and prospects. While management believes that it will have made the necessary investments in infrastructure to process anticipated volume increases in the short term, the Company may experience growth in the number of its employees and the scope of its operating and financial systems, resulting in increased responsibilities for the Company's personnel, the hiring of additional personnel and, in general, higher levels of operating expenses. In order to manage its current operations and any future growth effectively, the Company will also need to continue to implement and improve its operational, financial and management information systems and to hire, train, motivate, manage and retain its employees. There can be no assurance that the Company will be able to manage such growth effectively, that its management, personnel or systems will be adequate to support the Company's operations or that the Company will be able to achieve the increased levels of revenue commensurate with the increased levels of operating expenses associated with this growth.

**Success of Products is Dependent on Public Taste**

The Company's revenues are substantially dependent on the success of its products, which depends upon, among other matters, pronounced and rapidly changing public tastes, factors which are difficult to predict and over which the Company has little, if any, control.  A significant shift in consumer demand away from the Company's products or its failure to expand its current market position will harm its business. Consumer trends change based on several possible factors, including nutritional values, a change in consumer preferences or general economic conditions.  Additionally, there is as a growing movement among some consumers to buy local food products in an attempt to reduce the carbon footprint associated with transporting food products from longer distances, and this could result in a decrease in the demand for food products and ingredients that the Company imports from China or the United States. These changes could lead to, among other things, reduced demand and price decreases, which could have a material adverse effect on the Company's business.

**Raw Materials**

The Company's products are derived from mushrooms.  Accordingly, the Company and/or its manufacturers must acquire enough mushrooms so that the products can be produced to meet the demand of its customers.  A mushroom shortage could result in loss of sales and damage to the Company.  If the Company and/or its manufacturers become unable to acquire commercial quality mushrooms on a timely basis and at commercially reasonable prices, and are unable to find one or more replacement suppliers with

Ex. B, at 5

the regulatory approvals to produce mushrooms at a substantially equivalent cost, in substantially equivalent volumes and quality, and on a timely basis, the Company will likely be unable to meet customer demand.

**Limited Number of Products**

The Company is heavily reliant on the production and distribution of mushroom and related products.  If they do not achieve sufficient market acceptance, it will be difficult for us to achieve profitability.

The Company's revenue is derived almost exclusively from sales of mushroom based products, and the Company expects that its mushroom based products will account for substantially all of its revenue for the foreseeable future.  If the mushroom market declines or mushroom fails to achieve substantially greater market acceptance than it currently enjoys, the Company will not be able to grow its revenues sufficiently for it to achieve consistent profitability.

Even if products to be distributed by the Company conform to international safety and quality standards, sales could be adversely affected if consumers in target markets lose confidence in the safety, efficacy, and quality of mushrooms.  Adverse publicity about mushroom based products that the Company sells may discourage consumers from buying products distributed by the Company.

**Consumer Perception of Mushrooms**

The Company is highly dependent upon consumer perception of mushrooms and mushroom based products.  The public may associate its mushrooms with illegal psychoactive mushrooms, which are prohibited substances.  The Company's revenues may be negatively impacted due to the fact the market does not fully accept the mushrooms as a food product.

**Brand Awareness**

The Company's products are sold in the local Vancouver and Vancouver Island regional market and certain locations throughout British Columbia and online.  Brand awareness has not been achieved inside or outside these regions.  There is no assurance that the Company will be able to achieve brand awareness in any of these regions.  In addition, the Company must develop successful marketing, promotional and sales programs in order to sell its products. If the Company is not able to develop successful marketing, promotional and sales programs, then such failure will have a material adverse effect on the business, financial condition and operating results.

**Development of New Products**

The Company's success will depend, in part, on its ability to develop, introduce and market new and innovative products.  If there is a shift in consumer demand, the Company must meet such demand through new and innovative products or else its business will fail.  The Company's ability to develop, market and produce new products is subject to it having substantial capital.  There is no assurance that the Company will be able to develop new and innovative products or have the capital necessary to develop such products.

**Dependence on Management Team**

The Company will depend on certain key senior managers to oversee the core marketing, business development, operational and fund raising activities and who have developed key relationships in the industry. Their loss or departure in the short-term would have an adverse effect on the Company's future performance.

**Reliance on Third Party Manufacturers**

The Company relies on outside sources to manufacture its products. The failure of such third party packagers to deliver either components or finished goods on a timely basis could have a material adverse effect on the business. The Company does not intend to develop its own packaging capacity in the short term.  As these are third parties over which the Company will have little or no control, the failure of such third parties to provide components or finished goods on a timely basis could have a material adverse effect on the business, financial condition and operating results.

**Reliance on Marketing Partners and Future Distributors**

The Company sells its products online directly to end customers and it relies on third-parties for the sale and marketing of our products at retail locations.  We plan to engage a distribution company to permit the Company to develop and extensive regional sales and distribution network throughout Canada.  To the extent that marketing partners and distributors are distracted from selling

Ex. B, at 6