# Exhibit K



**NEWS RELEASE**

**CHAMPIGNON ANNOUNCES REGULATORY REVIEW**

**VANCOUVER, British Columbia, June 22, 2020** – Champignon Brands Inc. ("**Champignon**" or the "**Company**") **(CSE: SHRM) (FWB: 496) (OTCQB: SHRMF)** announces that it has been selected for a continuous disclosure review by the British Columbia Securities Commission (the "**Commission**"). The review relates to the Company's disclosure obligations since it became a reporting issuer on February 6, 2020 and includes a review of the disclosure surrounding certain recent acquisitions completed by the Company.

"With the recent growth and interest in our industry, ensuring our disclosure obligations are satisfied is at the forefront of our attention. Ensuring fulsome and timely disclosure is vital to the success of our Company, and development of our industry with the investing public. We look forward to working with staff of the British Columbia Securities Commission to complete their review, and are hopeful that trading will resume as soon as possible," commented Dr. Roger McIntyre, Chief Executive Officer of the Company.

In connection with the review, the Commission has issued a cease trade order suspending trading in the securities of the Company pending the filing of business acquisition reports by the Company in connection with the acquisitions of Artisan Growers Ltd., Novo Formulations Ltd. and Tassili Life Sciences Corp. As a result of the cease trade order, trading in the common shares of the Company has been suspended on the Canadian Securities Exchange.

The Company will fully cooperate with the Commission, to assist in completion of the review and revocation of the cease trade order in a timely fashion. The Company will provide further information regarding the status of the review, and the suspension of trading, as it becomes available.

ON BEHALF OF THE BOARD OF DIRECTORS

Dr. Roger McIntyre
Chief Executive Officer
E: info@champignonbrands.com

FOR INVESTOR INQUIRIES:

Champignon Brands | Storyboard Communications
Investor Relations, Toronto, Canada
Investor Line: +1 (833) 375-9995 x611
E: champignonbrands@storyboardcommunications.com

FOR CHAMPIGNON BRANDS FRENCH INQUIRIES:

Remy Scalabrini
Maricom Inc.

---

Suite 2300, 1177 West Hasting Street Vancouver, BC V6E 2K3
T: +1 (778) 809-6664 /  W: https://champignonbrands.com/

Ex. K, at 1

2

E: rs@maricom.ca
T: +1 (888) 585-MARI

*The CSE and Information Service Provider have not reviewed and does not accept responsibility for the accuracy or adequacy of this release.*

### *Forward-looking Information Cautionary Statement*

This news release contains forward-looking statements within the meaning of applicable securities laws. All statements that are not historical facts, including without limitation, statements regarding future estimates, plans, programs, forecasts, projections, objectives, assumptions, expectations or beliefs of future performance, statements we make regarding the speed and effectiveness of our treatments

are "forward-looking statements." Forward-looking statements can be identified by the use of words such as "plans", "expects" or "does not expect", "is expected", "estimates", "intends", "anticipates" or "does not anticipate", or "believes", or variations of such words and phrases or statements that certain actions, events or results "may", "could", "would", "might" or "will" be taken, occur or be achieved. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause actual results, events, or developments to be materially different from any future results, events or developments expressed or implied by such forward looking statements. Such risks and uncertainties include, among others, the Company's requirements for additional financing, and the effect of capital market conditions and other factors on capital availability, the Company's limited operating history and lack of historical profits; competition; failure of treatments to provide the expected health benefits; unanticipated side effects; dependence on obtaining and maintaining regulatory approvals, including acquiring and renewing federal, provincial, state, municipal, local or other licenses; developments and changes in laws and regulations, including increased regulation of the Company's industries and the capital markets; economic and financial conditions; volatility in the capital markets; engaging in activities that could be later determined to be illegal under domestic or international laws; failure to obtain the necessary shareholder, government or regulatory approvals, including that of the CSE; and failure to retain, secure and maintain key personnel and strategic partnerships including but not limited to executives, researchers, clinicians, customers and suppliers. These factors should be considered carefully, and readers are cautioned not to place undue reliance on such forward-looking statements. Although the Company has attempted to identify important risk factors that could cause actual actions, events or results to differ materially from those described in forward-looking statements, there may be other risk factors that cause actions, events or results to differ from those anticipated, estimated or intended. Additional information identifying risks and uncertainties that could affect financial results is contained in the Company's filings with Canadian securities regulators, which are available at www.sedar.com. There can be no assurance that forward-looking statements will prove to be accurate, as actual results and future events could differ materially from those anticipated in forward-looking statements. The Company has no obligation to update any forward-looking statement, even if new information becomes available.

---

Suite 2300, 1177 West Hasting Street Vancouver, BC V6E 2K3
T: +1 (778) 809-6664 /  W: https://champignonbrands.com/

Ex. K, at 2