# Exhibit P



🇺🇸 Official website of the Department of Homeland Security

U.S. Department of
Homeland Security

## Archived Content

In an effort to keep DHS.gov current, the archive contains outdated information that may not reflect current policy or programs.

# Fact Sheet: DHS Measures on the Border to Limit the Further Spread of Coronavirus

**Release Date:**  October 19, 2020

**En español** (/news/2020/03/24/hoja-informativa-medidas-implementadas-por-dhs-en-la-frontera-para-limitar-la)

**Updated Dates:**  April 21, 2020, May 20, 2020, June 16, 2020, July 16, 2020, August 14, 2020, September 24, 2020, October 22, 2020

**Original Date:**  March 23, 2020

In order to limit the further spread of coronavirus, the U.S. has reached agreements with both Canada and Mexico to limit all non-essential travel across borders. Working closely and collaboratively, the Department of Homeland Security is part of a North American approach to stop the spread of the virus.

Additionally, CBP will no longer detain illegal immigrants in our holding facilities and will immediately return these aliens to the country they entered from – Canada or Mexico. Where such a return is not possible, CBP will return these aliens to their country of origin.

These measures were originally implemented on April 20, 2020 and have been extended by 30 day increments throughout the course of the COVID-19 pandemic:

Ex. P, at 1

- On April 20, 2020, these measures were extended for an additional 30 days (/news/2020/04/20/acting-secretary-chad-wolf-statement-non-essential-travel) ;

- On May 19, 2020, these measures were extended until June 22, 2020 (/news/2020/05/19/acting-secretary-wolf-s-statement-non-essential-travel) ;

- On June 16, 2020, these measures were once again extended until July 21, 2020 (/news/2020/06/16/acting-secretary-wolf-s-statement-extension-non-essential-travel-restrictions-canada) ;

- On July 16, 2020, these measures were extended until August 20, 2020 (https://twitter.com/DHS_Wolf/status/12837823382567469062?s=20) ;

- On August 14, 2020, these measure were once again extended through September 21, 2020 (https://twitter.com/DHS_Wolf/status/1294272922559930370) ;

- On September 18, 2020, these measures were again extended until October 21, 2020 (https://twitter.com/DHS_Wolf/status/1306956646736973824) ; and

- On October 19, 2020 these measures were extended until November 21, 2020 (https://twitter.com/DHS_Wolf/status/1318191786783813634) .

The U.S., Mexican, and Canadian governments are taking necessary action to fight against this pandemic together.

## Northern Border

- October 19, 2020: Acting Secretary Wolf's Statement on the Extension of Non-Essential Travel Restrictions with Canada and Mexico (https://twitter.com/DHS_\

- September 18, 2020: Acting Secretary Wolf's Statement on the Extension of Non-Essential Travel Restrictions with

Ex. P, at 2





0:00 / 3:54          Speed: 1x          *Paused*

Canada and Mexico (https://twitter.com/DHS_

- August 14, 2020: Acting Secretary Wolf's Statement on the Extension of Non-Essential Travel Restrictions with Canada and Mexico (http://twitter.com/DHS_W

- June 16, 2020: Acting Secretary Wolf's Statement on Extension of Non-Essential Travel Restrictions with Canada and Mexico (/news/2020/06/16/acting-secretary-wolf-s-statement-extension-non-essential-travel-restrictions-canada)

- May 19, 2020: Acting Secretary Wolf's Statement on Non-Essential Travel (/news/2020/05/19/acting-secretary-wolf-s-statement-non-essential-travel)

Ex. P, at 3

- April 20, 2020: <u>Acting Secretary Chad Wolf Statement on Non-Essential Travel</u> <u>(/news/2020/04/20/acting-secretary-chad-wolf-statement-non-essential-travel)</u>

- March 20, 2020: <u>Joint Statement on US-Canada Joint Initiative: Temporary Restriction of Travelers Crossing the US-Canada Land Border for Non-Essential Purposes</u> <u>(/news/2020/03/20/joint-statement-us-canada-joint-initiative-temporary-restriction-travelers-crossing)</u>

Ex. P, at 4



([/sites/default/files/images/opa/20_0320_opa_coronavirus-travel-canada.jpg](/sites/default/files/images/opa/20_0320_opa_coronavirus-travel-canada.jpg))

DOWNLOAD IMAGE ([/sites/default/files/images/opa/20_0320_opa_coronavirus-travel-canada.jpg](/sites/default/files/images/opa/20_0320_opa_coronavirus-travel-canada.jpg)) (311KB JPG)

The US-Canada land border serves as an economic engine that supports over $1.7 billion (USD) dollars in daily cross-border trade. As a result of the COVID-19 pandemic, the United States and Canada are temporarily restricting all non-essential travel across its borders. In each of our countries, we are encouraging people to exercise caution by avoiding unnecessary contact with others. This collaborative and reciprocal measure is an extension of that prudent approach.

"Non-essential" travel includes travel that is considered tourism or recreational in nature.

The United States and Canada recognize it is critical we preserve supply chains between both countries. These supply chains ensure that food, fuel, and life-saving medicines reach people on both sides of the border. Supply chains, including trucking, will not be impacted by this new measure. Americans and Canadians also cross the land border every day to do essential work or for other urgent or essential reasons, and that travel will not be impacted.

This decision was implemented on March 21, 2020, at which time the US and Canada will temporarily restrict all non-essential travel across the US-Canada land border. These measures were originally in place for 30 days, subject to reevaluation and further extension in light of the fluid nature of the coronavirus pandemic. On May 19, 2020 these measures were once again extended until June 22, 2020. On August 14, 2020, these measures were again extended until September 21, 2020. On September 18, 2020, these measures were again extended until October 21, 2020. On October 19, 2020 these measures were again extended until November 21, 2020.

Ex. P, at 5

# Southern Border

- October 19, 2020: <u>Acting Secretary Wolf's Statement on the Extension of Non-Essential Travel Restrictions with Canada and Mexico</u> <u>(https://twitter.com/DHS_Wolf/status/1318191786783813634)</u>

- September 18, 2020: <u>Acting Secretary Wolf's Statement on the Extension of Non-Essential Travel Restrictions with Canada and Mexico</u> <u>(https://twitter.com/DHS_Wolf/status/1306956646736973824)</u>

- August 14, 2020: <u>Acting Secretary Wolf's Statement on the Extension of Non-Essential Travel Restrictions with Canada and Mexico</u> <u>(http://twitter.com/DHS_Wolf/status/1294272922559930370)</u>

- June 16, 2020: <u>Acting Secretary Wolf's Statement on Extension of Non-Essential Travel Restrictions with Canada and Mexico</u> <u>(/news/2020/06/16/acting-secretary-wolf-s-statement-extension-non-essential-travel-restrictions-canada)</u>

- May 19, 2020: <u>Acting Secretary Wolf's Statement on Non-Essential Travel</u> <u>(/news/2020/05/19/acting-secretary-wolf-s-statement-non-essential-travel)</u>

- April 20, 2020: <u>Acting Secretary Chad Wolf Statement on Non-Essential Travel</u> <u>(/news/2020/04/20/acting-secretary-chad-wolf-statement-non-essential-travel)</u>

- March 20, 2020: <u>Joint Statement on US-Mexico Joint Initiative to Combat the COVID-19 Pandemic</u> <u>(/news/2020/03/20/joint-statement-us-mexico-joint-initiative-combat-covid-19-pandemic)</u>



<u>(/sites/default/files/images/opa/20_0320_opa_coronavirus-travel-mexico.jpg)</u>

<u>DOWNLOAD IMAGE</u> <u>(/sites/default/files/images/opa/20_0320_opa_coronavirus-travel-mexico.jpg)</u> (320KB JPG)

The strong partnership and close cooperation between the United States and Mexico has allowed us to maintain a productive border environment. We value the health and safety of our citizens and keep that at the forefront of joint decisions made by our respective leaders regarding cross-border operations.

Recognizing the robust trade relationship between the United States and Mexico, we agree our two countries, in response to the ongoing global and regional health situation, require particular measures both to protect bilateral trade and our countries' economies and ensure the health of our nations' citizens. We agree to the need for a dedicated joint effort to prevent spread of the COVID-19 virus and address the economic effects resulting from reduced mobility along our shared border.

The U.S. and Mexican governments further recognize critical services such as food, fuel, healthcare and life-saving medicines must reach people on both sides of the border every day. Essential travel must therefore continue unimpeded during this time.  In order to ensure that essential travel can continue, the United States and Mexico are also temporarily restricting all non-essential travel across its borders.

"Non-essential" travel includes travel that is considered tourism or recreational in nature. Additionally, we are encouraging people to exercise caution by avoiding unnecessary contact with others.

This collaborative and reciprocal initiative is an extension of our nations' prudent approach that values the health and safety of our citizens in the joint decisions made by our respective leaders regarding cross-border operations.

This joint initiative will commence at 00:01 Saturday, March 21 throughout the US-Mexico land border. These measures were originally in place for 30 days, subject to reevaluation and further extension in light of the fluid nature of the coronavirus pandemic. On May 19, 2020 these measures were once again extended until June 22, 2020. On August 14, 2020, these measures were again extended until September 21, 2020. On September 18, 2020, these measures were again extended until October 21, 2020. On October 19, 2020 these measures were again extended until November 21, 2020.

## Detention Facilities

CBP is the first line of defense of our nation's borders. To help prevent the introduction of COVID-19 into our border facilities and into our country, aliens subject to the order will not be held in congregate areas for processing by CBP and instead will immediately be turned away from ports of entry.

Ex. P, at 7

Those encountered between ports of entry after illegally crossing the border similarly will not be held in congregate areas for processing and instead, to the maximum extent feasible, will immediately be returned to their country of last transit. These aliens are processed in stations designed for short-term processing, where distancing is not a viable option, creating a serious danger of an outbreak.

The Centers for Disease Control and Prevention (CDC) has determined that these conditions present a serious infection control challenge and are a risk to public health. Should an outbreak occur at these facilities, local medical facilities would be forced to devote extensive resources and may become overwhelmed.

This action will also protect the health of our country's dedicated border agents and other law enforcement personnel, who are vital to the security of our Nation.

Apprehension of illegal immigrants along both borders between POEs:

- *Migrants from Coronavirus Impacted Areas:* Since the beginning of the FY20 fiscal year in October 2019 through the end of February 2020 (over the period of October 1, 2019 to February 29, 2020), foreign nationals from 122 separate countries have been apprehended or denied entry (inadmissible) at the U.S. Southwest border, for a total of over 190,000 apprehended or inadmissible migrants from countries currently with confirmed COVID cases.

- *Size and Scale:* Every week, CBP apprehends between 7,000 – 9,000 individuals between ports of entry —the equivalent of 2.5 Diamond Princess cruise ships per week.

- *Human-to-human Spread:* The spread of coronavirus is exacerbated by human-to-human transmission and the need for detention. CBP law enforcement facilities are for short-term holding and do not provide for needed large-scale isolation, diagnosis, or treatment of such a novel disease.

- *CBP Facilities:* CBP facilities are not structured or equipped to effectively quarantine an infected population. CBP would be forced to rely on state and local hospitals to provide longer-term medical care for individuals who fall ill, further burdening our strained healthcare system and depriving Americans of key medical resources.

Although CBP has policies and procedures in place to handle transmittable diseases, COVID-19 will impact already strained holding capacities and place an extreme burden on what is forecasted to be a stretched healthcare system and the nation's critical medical professionals who are needed to attend to U.S. citizens and legal residents.

Migrants should shelter-in-place in their homes and communities, rather than attempting a long and dangerous journey to the United States borders at the hands of traffickers and

Ex. P, at 8

smugglers.

## U.S. Citizens:

U.S. citizens, lawful permanent residents and certain other travelers are exempt from this action. They will receive the same processing, evaluation and potential CDC medical screening that all entrants undergo at U.S. Ports of Entry.

## Authority:

Effective at March 21, 2020 at 12:00 a.m. EDT, CBP will, as authorized, implement CDC authority under 42 U.S.C. § 265 to prohibit entry of certain persons into the United States. CBP will assist the Department of Health and Human Services' (HHS) and U.S. Centers for Disease Control and Prevention (CDC) to protect against the spread of the novel coronavirus (COVID-19) by implementing the emergency authorities under 42 U.S.C. § 265 at the nation's land borders to prohibit the introduction of certain persons in the interest of public health.

# Additional Information

- DHS Response to Coronavirus Disease 2019 (/coronavirus)

- Coronavirus.gov (https://www.coronavirus.gov)

- CDC.gov: Coronavirus Disease 2019 (COVID-19) (https://www.cdc.gov/coronavirus)

- USA.gov: What the U.S. Government is Doing (https://www.usa.gov/coronavirus)

Topics: Border Security (/topics/border-security) , Secretary of Homeland Security (/topics/secretary-homeland-security)

Keywords: Border Security (/keywords/border-security) , Canada (/keywords/canada) , Coronavirus (COVID-19) (/keywords/coronavirus-covid-19) , Mexico (/keywords/mexico) , Northern Border (/keywords/northern-border) , Southwest Border (/keywords/southwest-border)

Last Published Date: October 19, 2020

Ex. P, at 9

🇺🇸 Official website of the Department of Homeland Security

U.S. Department of
Homeland Security

# Frequently Asked Questions: Guidance for Travelers to Enter the U.S.

**Release Date:** October 29, 2021

**Updated Date:** November 23, 2021

Effective Monday, November 8, 2021, new requirements apply to travelers entering the United States.

For the first time since March 2020, travelers who are not U.S. persons (i.e., U.S. citizens or lawful permanent residents) will be permitted to enter the United States through a land port of entry (POE) or ferry terminal for a non-essential reason (e.g., tourism), provided they are fully vaccinated against COVID-19 and can present proof of COVID-19 vaccination status, in accordance with CDC guidelines. Those engaged in essential travel, including lawful trade, emergency response, and public health purposes, will not be required to be vaccinated at this time. Starting in January 2022, however, all inbound non-U.S. persons crossing U.S. land POEs or ferry terminals – whether for essential or non-essential reasons – must be fully vaccinated for COVID-19 and provide related proof of vaccination.

Additionally, also effective November 8, 2021, new air travel requirements apply to many non-citizens who are visiting the United States temporarily. These travelers are also required to show proof of COVID-19 vaccination. All air travelers, including U.S. persons, must test negative for COVID-19 prior to departure. LImited exceptions apply. See CDC guidance (https://www.cdc.gov/coronavirus/2019-ncov/travelers/proof-of-vaccination.html) for more details.

The following are answers to frequently asked questions regarding the new rules.

Ex. P, at 10

# Entering the U.S. Through a Land Port of Entry or Ferry Terminal

**Q. On November 8, the United States lifted travel restrictions for non-U.S. persons who are fully vaccinated. What changed?**

**A.** Title 19 restrictions are still in place. But effective November 8, 2021, non-U.S. persons who are fully vaccinated against COVID-19 and have appropriate documentation can seek to enter the United States from Canada and Mexico at land POEs or arrive in the United States by passenger ferry for non-essential reasons, such as to visit friends or family or for tourism. These travelers are required to be prepared to attest to vaccination status and present proof of being fully vaccinated to a CBP officer upon request. Starting in January, both essential and non-essential travelers will be required to be fully vaccinated.

**Q: How and where will travelers be able to find answers to their questions about this new policy?**

**A:** Approved vaccinations and required documentation for travel at land POEs mirror the requirements for international air travel. Those details are available on the CDC (https://www.cdc.gov/coronavirus/2019-ncov/travelers/proof-of-vaccination.html) website.

**Q. What types of vaccinations will be accepted?**

**A.** CDC has determined that all FDA approved and authorized vaccines, as well as all vaccines that have an Emergency Use Listing (EUL) from the World Health Organization will be accepted for air travel. Travel at land POEs will mirror the same guidelines.

**Accepted Vaccines:**

- CDC has determined that for purposes of travel to the United States, vaccines accepted will include current FDA approved or authorized vaccines and World Health Organization (WHO) emergency use listed (EUL) vaccines.
- Individuals are considered fully vaccinated:
  - 2 weeks (14 days) after your dose of an accepted single-dose COVID-19 vaccine;
  - 2 weeks (14 days) after your second dose of an accepted 2-dose series;
  - 2 weeks (14 days) after you received the full series of an accepted COVID-19 vaccine (not placebo) in a clinical trial;

Ex. P, at 11

- 2 weeks (14 days) after you received the full series of a Novavax (or Covovax) COVID-19 vaccine (not placebo) in a phase 3 clinical trial; or

- 2 weeks (14 days) after you received 2 doses of any "mix-and-match" combination of accepted COVID-19 vaccines (https://www.cdc.gov/coronavirus/2019-ncov/travelers/proof-of-vaccination.html#covid-vaccines) administered at least 17 days apart.

- More details are available in CDC guidance here (https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-vaccinated-guidance.html) .

## Q. What are the requirements for travelers entering the United States through land POEs?

A. Before embarking on your trip to the United States, travelers who are non-U.S. persons should be prepared for the following:

- Possess proof of an approved COVID-19 vaccination as outlined on the CDC (https://www.cdc.gov/coronavirus/2019-ncov/travelers/proof-of-vaccination.html) website.

- During border inspection, verbally attest to their travel intent and COVID-19 vaccination status.

- All travelers are reminded to bring a Western Hemisphere Travel Initiative (https://www.cbp.gov/travel/us-citizens/western-hemisphere-travel-initiative) compliant document, such as a valid passport (and visa if required), Trusted Traveler Program card, Border Crossing Card, Enhanced Driver's License or Enhanced Tribal Card when entering the country. Travelers (including U.S. citizens) should be prepared to present the WHTI-compliant document and any other documents requested by the CBP officer.

## Q. What are the requirements to enter the United States for children under the age of 18 who can't be vaccinated?

A. Children under 18 years of age will be excepted from the vaccination requirement at land and ferry POEs.

## Q. Do you expect border wait times to increase?

A. As travel begins to resume, travel volumes and wait times are expected to increase. Travelers should plan for longer than normal wait times and long lines at U.S. land border crossings when planning their trip and are reminded to exercise patience.

Ex. P, at 12

To help reduce wait times and long lines, travelers can take advantage of innovative technology, such as facial biometrics (https://biometrics.cbp.gov/) and the CBP One™ (https://www.cbp.gov/about/mobile-apps-directory/cbpone) mobile application, which serves as a single portal for individuals to access CBP mobile applications and services.

**Q: How is Customs and Border Protection staffing the ports of entry, given the expectation of longer wait times and lines when the new rules go into effect?**

CBP is doing everything it can to be prepared for November 8 and allocating resources as done pre-pandemic. Long lines are expected in the initial days following pent-up demand, and CBP will continue to adjust its resources as needed, while balancing its trade facilitation and national security missions. Travelers are advised to expect longer wait times and to assist the process by familiarizing themselves with the new guidelines and having appropriate documentation ready ahead of time.

**Q: How will the Title 19 modifications affect U.S. citizens and lawful permanent residents?**

A: U.S. citizens, lawful permanent residents and those traveling for essential reasons are exempt from the non-essential travel restrictions on entry at U.S. land POEs. U.S. citizens returning to the United States at a land POE need to present themselves for inspection by presenting a WHTI-compliant document to ensure the inspection process is streamlined.

The CBP One I-94 features are not intended for use by U.S. citizens, lawful permanent residents, foreign travelers with immigrant visas, or most Canadian citizens visiting the United States, as these particular travelers do not need I-94s.

**Q: Do U.S. citizens need proof of vaccination to return to the United States via land POEs and ferry terminals?**

A: Vaccination requirements do not apply to U.S. Citizens, lawful permanent residents, or anyone crossing for an essential reason. Travelers that exhibit signs or symptoms of illness will be referred to the CDC for additional medical evaluation.

**Q: Do individuals need proof of a negative COVID-19 test like you do to travel by plane?**

A: No. There is not a COVID-19 testing requirement for travelers at land POEs.

**Q: What happens if someone doesn't have proof of vaccine status?**

A: If a non-U.S. person traveling for non-essential purposes does not possess proof of vaccination, they will not be admitted and will be allowed to withdraw their application for

Ex. P, at 13

entry.

## Q: What documentation is accepted as proof of vaccine?

A: Documentation accepted as proof of vaccination is outlined on the CDC website (https://www.cdc.gov/coronavirus/2019-ncov/travelers/proof-of-vaccination.html#vaccine-proof) .

## Q: What constitutes essential travel?

A: Essential travel includes, but is not limited to:

- Citizens and lawful permanent residents returning to the United States.
- Individuals traveling for medical purposes (e.g., to receive medical treatment in the United States).
- Individuals traveling to attend educational institutions.
- Individuals traveling to work in the United States (e.g., individuals working in the agriculture industry who must travel between the United States and Canada or Mexico in furtherance of such work).
- Individuals traveling for emergency response and public health purposes (e.g., government officials or emergency responders entering the United States to support federal, state, local, tribal, or territorial government efforts to respond to COVID-19 or other emergencies).
- Individuals engaged in lawful cross-border trade (e.g., truck drivers supporting the movement of cargo between the United States and Canada and Mexico).
- Individuals engaged in official government travel or diplomatic travel.
- Individuals engaged in military-related travel or operations.

## Q: What happens if a vaccinated individual is traveling with an un-vaccinated individual?

A: The unvaccinated individual (if 18 or over), if traveling for a non-essential reason, and not otherwise exempted, would not be eligible for admission.

## Q: If I am traveling for an essential reason but am not vaccinated can I still enter?

A: Yes. The current changes to the Title 19 travel restriction apply to non-essential travel by non-U.S. persons. However, beginning in early January 2022, DHS will require that all inbound non-U.S. persons crossing U.S. land or ferry POEs – whether for essential or non-essential reasons – be fully vaccinated for COVID-19 and provide related proof of vaccination.

## Q: Are crew members on vessels required to have a COVID vaccine to disembark?

Ex. P, at 14

A: Commercial vessels and crew are not subject to these travel restrictions.

# Entering the U.S. via Air Travel

### Q: What are the COVID vaccination requirements for air passengers to the United States?

A: According to CDC requirements (https://www.cdc.gov/coronavirus/2019-ncov/travelers/proof-of-vaccination.html) , most non-citizens who are visiting the United States temporarily must be fully vaccinated prior to boarding a flight to the United States. These travelers are required to show proof of vaccination. A list of covered individuals is available on the CDC website.

### Q: What are the COVID testing requirements for air passengers to the United States?

A: According to CDC requirements (https://www.cdc.gov/coronavirus/2019-ncov/travelers/testing-international-air-travelers.html) , all air passengers two years of age or older traveling internationally, regardless of vaccination status, must provide a negative test to the airline before boarding the flight. Passengers who are fully vaccinated must provide a negative test no more than three days before the flight's departure from a foreign country, in addition to showing proof of vaccination. Passengers eligible to travel (U.S. citizens, lawful permanent residents or others who fall under the limited exemptions) over two years of age who are not fully vaccinated must provide a negative test no more than one day before the flight's departure. Those who recently recovered from COVID-19 may travel with documentation of recovery and a letter from a licensed healthcare provider or public health official indicating the patient is cleared for travel. For more information on this requirement, please visit the CDC International Travel webpage (https://www.cdc.gov/coronavirus/2019-ncov/travelers/international-travel/index.html) .

Topics: Border Security (/topics/border-security) , Transportation Security (/topics/transportation-security)
Keywords: Airport Security (/keywords/airport-security) , Border Security (/keywords/border-security) , Coronavirus (COVID-19) (/keywords/coronavirus-covid-19) , Customs and Border Protection (CBP) (/keywords/cbp) , Transportation Security Administration (TSA) (/keywords/tsa) , Travel (/keywords/travel-tips)

Last Published Date: November 24, 2021

Ex. P, at 15