# Exhibit Q

**CSA/ACVM** | **Canadian Securities Administrators** | **Autorités canadiennes en valeurs mobilières**

## CSA Multilateral Staff Notice 51-361 *Continuous Disclosure Review Program Activities for the fiscal years ended March 31, 2020 and March 31, 2019*

**November 18, 2020**

**Introduction**

The Canadian Securities Administrators[1] (**CSA**) have prepared this Staff Notice (**Notice**) to report on the results of the reviews conducted by the CSA within the scope of its Continuous Disclosure Review Program (**CD Review Program**). The goal of the program is to improve the completeness, quality and timeliness of continuous disclosure (**CD**) provided by reporting issuers[2] (**issuers**) in Canada. This program was established to assess the compliance of CD documents with securities laws, including CD rules, and to help issuers understand and comply with their obligations under the CD rules so that investors receive high quality disclosure to assist them in making informed investment decisions.

In this Notice, we summarize the key findings and outcomes of the CD Review Program for the fiscal year ended March 31, 2020 (**fiscal 2020**) and the fiscal year ended March 31, 2019 (**fiscal 2019**). Appendix A - *Financial Statement, MD&A and Other Regulatory Deficiencies* (**Appendix A**) describes common deficiencies and includes some disclosure examples to help issuers address these deficiencies and to illustrate our expectations.

Given the impact of the COVID-19 pandemic (**COVID-19**) on the Canadian and global economy and potential impact on issuers' operating performance, financial position, liquidity and future prospects, Appendix A includes guidance on reporting the impact of COVID-19.

For further details on the CD Review Program, see CSA Staff Notice 51-312 (revised) *Harmonized Continuous Disclosure Review Program*.

**Results for Fiscal 2020 and Fiscal 2019**

Issuers selected for a CD review (full or issue-oriented review (**IOR**)) are identified using a risk-based and outcomes-focused approach using both qualitative and quantitative criteria. IORs are focused on a specific accounting, legal or regulatory issue, an emerging issue or industry, implementation of recent rules or areas where we believe there may be a heightened risk of potential investor harm. A review may also stem from general monitoring of our issuers through news releases, media articles, complaints and other sources.

During fiscal 2020, a total of 583 CD reviews (fiscal 2019 – 514 CD reviews) were conducted with IORs consisting of 73% of the total (fiscal 2019 - 70%). The nature of an IOR will impact the time spent and outcome obtained from the review. The following charts outline the focus areas of the IORs conducted:

---

[1] This Notice was published in other CSA jurisdictions on October 29, 2020.  This Notice has been updated to reflect the BCSC publication date, as well as contact persons in BC for questions.

[2] In this Notice "issuers" means those reporting issuers contemplated in National Instrument 51-102 *Continuous Disclosure Obligations* (**NI 51-102**).

**Figure #1**



The "Other" category includes, but is not limited to, reviews of:
- Emerging industries (including cryptocurrencies and cannabis)
- Change of auditor notice

**Figure #2**



The "Other" category includes, but is not limited to, reviews of:
- Corporate governance
- Review of quarterly highlights
- Change of auditor notice

*CD Outcomes for Fiscal 2020 and Fiscal 2019*

In fiscal 2020, 55% (fiscal 2019 – 67%) of our review outcomes required issuers to improve and/or amend their disclosure, refile certain documents, or to file unfiled documents. Some of our reviews resulted in the issuer being referred to enforcement, cease-traded or placed on the default list. The chart below summarizes the key outcomes.

**Figure #3**



We classify the outcomes of the full reviews and IORs into five categories as described in Appendix B - *Categories of Outcomes*. Some CD reviews may generate more than one category of outcome. For example, an issuer may have been required to refile certain documents and also make certain changes on a prospective basis.

Given our risk-based approach noted above, the outcomes on a year to year basis may vary and cannot be interpreted as an emerging trend as the issues as well as the issuers reviewed each year are different. In fiscal 2020 and fiscal 2019, we continued to see substantive outcomes being obtained as a result of our reviews.

**Common Deficiencies**

We have highlighted below some of the deficiencies that were encountered during our CD reviews in fiscal 2020 and fiscal 2019. We have discussed these deficiencies in further detail in Appendix A to this Notice.

- **Financial Statements**: compliance with recognition, measurement and disclosure requirements in International Financial Reporting Standards (**IFRS**) including impairment of non-financial assets, recognition and measurement of intangible assets, and disclosure of operating segments.
- **Management's Discussion and Analysis** (**MD&A**): compliance with Form 51-102F1 including forward-looking information, liquidity and capital resources, transactions between related parties, discussion of operations, and non-GAAP financial measures.
- **Other Regulatory Requirements**: compliance with other regulatory matters including overly promotional disclosure, insider reporting, early warning reporting, material change reporting, and mineral project disclosure.

In addition, Appendix A discusses disclosure considerations flowing from the impact of COVID-19.

***Results by Jurisdiction***
All CSA jurisdictions participate in the CD review program and some local jurisdictions may publish staff notices and reports communicating results and findings of the CD reviews conducted in their jurisdictions. Refer to the individual regulator's website for copies of these notices and reports.