# Exhibit AA

 

# FREQUENTLY ASKED QUESTIONS

Braxia Scientific continues to work diligently with the British Columbia Securities Commission (the "Commission") to address the ongoing continuous disclosure review and to coordinate the revocation of the existing cease trade orders (CTO). Below are some answers to questions related to the CTO and Champignon's current business status.

## Q: Why was the CTO imposed?

**A:** Early in 2020, t*he Company failed to file business acquisition reports on certain acquisitions. In June 2020, the Company was notified by the British Columbia Securities Commission (the "Commission" or the "BCSC") that the Company would be subject to a continuous disclosure review. Such reviews are conducted by securities regulators for the purposes of ensuring compliance with the continuous disclosure obligations imposed by applicable Canadian securities laws.*

*In connection with the review, the BCSC issued a cease trade order pending the filing of Business Acquisition Reports ("BARs") in connection with three acquisitions: Artisan Growers Ltd., Novo*

Ex. AA, at 1

*Formulations Ltd., and Tassili Life Sciences Corp (collectively, the "Acquisitions"). Normally such reports would be required in connection with any material acquisition. Previous management of the Company, with the support of legal counsel, took the view that they were not required to file such reports under the circumstances. The Commission disagreed and the BAR's were promptly filed by the Company in response to the Commission's requirements.*

*The exact timeline for these matters and more technical aspects of the CTO and related matters were all disclosed in press releases issued by the Company.*

*While the review was ongoing, in October the Commission determined that certain adjustments ought to be made to the interim financial statements for the Company to deal, in part, with the accounting for the Acquisitions and to provide additional disclosure on the acquisition of AltMed Capital Corp. (the "AltMed Transaction") which closed in the spring of 2020. AltMed owned the CRTCE clinic. The Commission took the view that the AltMed Transaction was a "reverse takeover" ("RTO") as defined under applicable Canadian securities laws.*

*Generally, an RTO is a transaction whereby a company which is publicly listed on a stock exchange (in this case Champignon), but which has fewer assets, acquires all the securities of a private company which has more assets and/or operations (in this case AltMed) resulting in the private company indirectly "going public." This required the Company to in effect treat AltMed as the acquiring company for accounting*

Ex. AA, at 2

*purposes. We were also required to have the revised financial statements reviewed by our auditors.*

*In addition to these interim financial statement adjustments, prior to the CTO being lifted, the Canadian Securities Exchange (CSE) required that Champignon file a Listing Statement, which is normally required as part of any new listing application or RTO. The Listing Statement is a comprehensive, publicly available, prospectus like document describing the Company and its financial situation. On March 26, 2021, the Company filed the Listing Statement and an application with the BCSC and OSC requesting that the Commissions revoke their cease trade orders against the Company.*

## Q: Why has it taken so much time to resolve the CTO?

**A:** *Once the new management was in place, it has worked diligently to resolve the CTO. The extra time required to restate the Company's interim financial statements and with the required auditor review and the preparation and filing of the Listing Statement has delayed the resolution of the CTO.*

## Q: When will the CTO be lifted? When will trading resume?

**A:** *The Company is complying with regulatory requests and is hopeful of a near term resolution.  Unfortunately, we do not have a definitive date.*

Ex. AA, at 3



*We can tell you where we are in the process:*

- *Before the CTO will be lifted we are required to publicly release our revised interim financial statements, which we have done, as well as interim financial statements for subsequent periods, which we have done.*
*We must also have the Listing Statement reviewed and accepted by the BCSC and the CSE. On March 26, 2021, the Company filed the reviewed and accepted Listing Statement.*

- *In addition, we must file an application for a revocation of the CTO which is an application in which the Company will have to confirm that its various continuous disclosure obligations have been met. On March 26, 2021, the Company submitted an application to the BCSC and OSC requesting that the Commissions revoke their cease trade orders against the Company.*

*In summary, once we release our remaining interim financials and the Listing Statement is accepted by the BCSC and the CSE we will have done everything asked of Champignon to date to have the CTO lifted and for the CSE to reinstate trading of our Common Shares. We are working very hard, with many professionals involved, to have the CTO lifted and trading reinstated.*

## Q: On February 17, why did the Company agree to refile the interim consolidated

Ex. AA, at 4

**statements and management's discussion & analysis, which were filed on March 11?**

**A:** *As a result of the review by the Commission, the Company determined to withdraw and refile its condensed interim consolidated financial statements and management's discussion & analysis for the three and six months periods ended March 31, 2020.*

*The Company had previously recognized intangible assets in connection with the acquisitions of Artisan Growers Ltd., Novo Formulations Ltd. and Tassili Life Sciences Corp that aggregated $12 million. Subsequent to the issuance of the original financial Statements and management's discussion & analysis, it was determined that the financial statements needed to be restated to correct the accounting for the acquisitions as those assets do not meet the definition of intangible assets for the purposes of international financial reporting standards and as a result will be recorded as expenses in the Company's statements of loss and comprehensive loss. The restated interim consolidated financial statements show a net loss for the period of $16,470,813, from a loss amount on the original financial statements of $3,089,025.*

*It was also determined that a shareholder and contracted consultant of the Company was a related party with respect to the acquisitions.*

*The restated condensed interim consolidated financial statements and management's discussion & analysis that were filed on March 11 reflect these changes.*

Ex. AA, at 5

# Q: Do these Accounting changes affect the operations of the Company?

**A:** *The Company is well capitalized to carry out its strategy of providing breakthrough therapies for mental illness at its Clinics and developing novel drug treatments for a range of mental disorders.*

*The restatements do not affect the Company's cash position. These were non cash accounting adjustments.*

# Q: Why should investors rely on the Company?

**A:** *The issues that gave rise to the CTO occurred under the original management of Champignon. Since these matters took place, Dr. McIntyre was appointed CEO and has hired a new CFO and General Counsel, both seasoned professionals who will help guide the Company's growth.*

# Q: On February 17, why did the Company file a draft new listing statement with the BCSC?

**A:** *The Company was required to file the new Listing Statement as a condition to the lifting of the cease trade orders issued by the Commission and prior to the Company's Common Shares being*

Ex. AA, at 6



*restated for trading on the CSE. It reflects the acquisition of AltMed and the Reverse Takeover.*

## Q: Why can't the Company indicate when the cease trade order will be lifted?

**A:** *The BCSC and the CSE have a process for reviewing the material we have provided. We can't prejudge the BCSC and the CSE and state when the CTO will be lifted.  A lot of work has been done to supply the regulators with the information they would like on the Company and we continue to work with them to satisfy any additional requests.*

*On March 26, 2021, the Company filed the Listing Statement and an application with the BCSC and OSC requesting that the Commissions revoke their cease trade orders against the Company.*

*We will continue to update the market with any new information as promptly as we can. Our objective is to build a great company that will help change many lives.*

*In the meantime, we are business as usual, operating our clinics and developing novel drug treatments for a variety of mental disorders.*

## Q: When will you hold your AGM?

**A:** *The Company's year end is March 31. We have not yet selected an AGM date.*

Ex. AA, at 7

*AGM's are typically held within 6 months of year end. We will endeavour to hold one as soon as reasonably possible after the filing of our audited annual financial statements which must be done by July 31. It is unlikely that our AGM will occur in advance of this date. We will announce the AGM date once it is set by our board.*

## Q: What has the Company been doing during the CTO?

**A:** *Especially for those running the clinics and research it is Business as usual.*

*We now have the key new management team members in place. We have continued our clinical development and research. We have opened new clinics. We look forward to sharing more detailed information with you.*

## Q: Is Champignon a risky investment?

**A:** *Yes*

*The Company is in very early stages and while we believe in our strategy of developing alternative medical solutions for a range of brain-based medical disorders and are building a top-level team to execute the strategy, an investment in Champignon should only be made if one has a long-term investment horizon and is made with any required*

Ex. AA, at 8

*professional investment advice. There is no guarantee that the Company will be able to achieve its goals.*

*The Company's financial reports and other documents filed on SEDAR contain detailed risk disclosure that should be read before investing.*

Home
About Us
Subsidiaries
Investors
News
Leadership
Privacy Policy

## CONTACT US

Name

Email Address

 

Message



6 + 3 =

Submit

## DISCLAIMER

*The information on this site should not be used to make decisions about medical treatments. Please conduct your own research and due diligence before making any major health changes.*

*Braxia Scientific, its members, directors, employees, and representatives are not responsible for damages of any nature arising out of or relating to the use of this website or any hyperlinked websites. The material that appears on this website is for informational purposes only. Braxia Scientific has made every effort to provide useful and accurate information. However, errors may appear from time to time. Braxia Scientific and its information providers make no warranty as to the reliability, timeliness, completeness, accuracy or usefulness of the information on the website. Any opinion, view, or idea contained in an article, story or column published on this website is that of the author and does not reflect or represent the views of Braxia Scientific or any of its members, directors, employees and representatives.*