# Exhibit BB

## **Maps Generated by Google Maps**

**Map Showing the Distance Between the Northern Border of San Luis Obispo County, California and the Southern Border of Multnomah County, Oregon**



Map Showing the Distance between the Northern Border of
<u>Multnomah County, Oregon and the Southern Border of Canada</u>



Ex. BB, at 2