# Exhibit CC

**Table C-1.**
**U.S. District Courts—Civil Cases Commenced, Terminated, and Pending**
**During the 12-Month Period Ending March 31, 2020**

| Circuit and District | Total Civil Cases | | | | U.S. Civil Cases | | | | Private Civil Cases | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pending March 31, 2019[1] | Commenced | Terminated | Pending March 31, 2020 | Pending March 31, 2019[1] | Commenced | Terminated | Pending March 31, 2020 | Pending March 31, 2019[1] | Commenced | Terminated | Pending March 31, 2020 |
| Total | 365,132 | 332,732 | 300,372 | 397,492 | 44,524 | 42,940 | 44,436 | 43,028 | 320,608 | 289,792 | 255,936 | 354,464 |
| DC | 3,797 | 3,914 | 3,503 | 4,208 | 2,239 | 2,196 | 1,861 | 2,574 | 1,558 | 1,718 | 1,642 | 1,634 |
| 1st | 9,173 | 6,718 | 6,764 | 9,127 | 1,493 | 1,206 | 1,391 | 1,308 | 7,680 | 5,512 | 5,373 | 7,819 |
| ME | 426 | 570 | 540 | 456 | 117 | 116 | 118 | 115 | 309 | 454 | 422 | 341 |
| MA | 4,337 | 3,041 | 3,693 | 3,685 | 514 | 448 | 528 | 434 | 3,823 | 2,593 | 3,165 | 3,251 |
| NH | 1,702 | 1,323 | 451 | 2,574 | 112 | 126 | 130 | 108 | 1,590 | 1,197 | 321 | 2,466 |
| RI | 735 | 674 | 659 | 750 | 114 | 88 | 105 | 97 | 621 | 586 | 554 | 653 |
| PR | 1,973 | 1,110 | 1,421 | 1,662 | 636 | 428 | 510 | 554 | 1,337 | 682 | 911 | 1,108 |
| 2nd | 31,342 | 26,247 | 27,368 | 30,221 | 5,816 | 4,600 | 5,113 | 5,303 | 25,526 | 21,647 | 22,255 | 24,918 |
| CT | 2,214 | 2,066 | 2,233 | 2,047 | 411 | 354 | 426 | 339 | 1,803 | 1,712 | 1,807 | 1,708 |
| NY,N | 1,758 | 1,851 | 1,824 | 1,785 | 471 | 456 | 501 | 426 | 1,287 | 1,395 | 1,323 | 1,359 |
| NY,E | 9,226 | 7,231 | 7,554 | 8,903 | 1,457 | 1,078 | 1,189 | 1,346 | 7,769 | 6,153 | 6,365 | 7,557 |
| NY,S | 14,255 | 12,211 | 12,610 | 13,856 | 1,487 | 1,315 | 1,314 | 1,488 | 12,768 | 10,896 | 11,296 | 12,368 |
| NY,W | 3,589 | 2,634 | 2,893 | 3,330 | 1,883 | 1,312 | 1,581 | 1,614 | 1,706 | 1,322 | 1,312 | 1,716 |
| VT | 300 | 254 | 254 | 300 | 107 | 85 | 102 | 90 | 193 | 169 | 152 | 210 |
| 3rd | 45,707 | 34,180 | 25,668 | 54,219 | 3,325 | 3,048 | 3,258 | 3,115 | 42,382 | 31,132 | 22,410 | 51,104 |
| DE | 2,270 | 2,307 | 2,242 | 2,335 | 103 | 67 | 87 | 83 | 2,167 | 2,240 | 2,155 | 2,252 |
| NJ | 31,927 | 19,152 | 11,912 | 39,167 | 1,068 | 1,181 | 1,207 | 1,042 | 30,859 | 17,971 | 10,705 | 38,125 |
| PA,E | 6,309 | 7,491 | 6,263 | 7,537 | 952 | 763 | 813 | 902 | 5,357 | 6,728 | 5,450 | 6,635 |
| PA,M | 2,851 | 2,315 | 2,491 | 2,675 | 764 | 615 | 724 | 655 | 2,087 | 1,700 | 1,767 | 2,020 |
| PA,W | 1,913 | 2,717 | 2,605 | 2,025 | 345 | 388 | 400 | 333 | 1,568 | 2,329 | 2,205 | 1,692 |
| VI | 437 | 198 | 155 | 480 | 93 | 34 | 27 | 100 | 344 | 164 | 128 | 380 |
| 4th | 38,740 | 18,143 | 37,068 | 19,815 | 5,693 | 4,452 | 4,785 | 5,360 | 33,047 | 13,691 | 32,283 | 14,455 |
| MD | 4,245 | 3,640 | 3,517 | 4,368 | 1,001 | 733 | 736 | 998 | 3,244 | 2,907 | 2,781 | 3,370 |
| NC,E | 2,008 | 1,893 | 1,908 | 1,993 | 939 | 712 | 706 | 945 | 1,069 | 1,181 | 1,202 | 1,048 |
| NC,M | 1,224 | 1,219 | 1,339 | 1,104 | 579 | 447 | 595 | 431 | 645 | 772 | 744 | 673 |
| NC,W | 1,129 | 1,196 | 1,195 | 1,130 | 397 | 362 | 413 | 346 | 732 | 834 | 782 | 784 |
| SC | 3,680 | 3,879 | 3,534 | 4,025 | 857 | 739 | 735 | 861 | 2,823 | 3,140 | 2,799 | 3,164 |
| VA,E | 2,254 | 3,245 | 3,104 | 2,395 | 462 | 448 | 472 | 438 | 1,792 | 2,797 | 2,632 | 1,957 |
| VA,W | 1,135 | 1,309 | 1,382 | 1,062 | 423 | 359 | 453 | 329 | 712 | 950 | 929 | 733 |
| WV,N | 877 | 767 | 919 | 725 | 316 | 354 | 391 | 279 | 561 | 413 | 528 | 446 |
| WV,S[2] | 22,188 | 995 | 20,170 | 3,013 | 719 | 298 | 284 | 733 | 21,469 | 697 | 19,886 | 2,280 |
| 5th | 78,015 | 34,843 | 39,264 | 73,594 | 3,540 | 3,745 | 3,815 | 3,470 | 74,475 | 31,098 | 35,449 | 70,124 |
| LA,E | 45,438 | 9,578 | 12,951 | 42,065 | 157 | 150 | 156 | 151 | 45,281 | 9,428 | 12,795 | 41,914 |
| LA,M | 1,957 | 905 | 1,302 | 1,560 | 155 | 46 | 89 | 112 | 1,802 | 859 | 1,213 | 1,448 |
| LA,W | 2,096 | 1,752 | 1,803 | 2,045 | 316 | 241 | 282 | 275 | 1,780 | 1,511 | 1,521 | 1,770 |
| MS,N | 677 | 792 | 753 | 716 | 154 | 256 | 204 | 206 | 523 | 536 | 549 | 510 |
| MS,S | 1,650 | 2,299 | 2,168 | 1,781 | 185 | 258 | 167 | 276 | 1,465 | 2,041 | 2,001 | 1,505 |

Ex. CC, at 1

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TX,N | 14,032 | 5,405 | 6,242 | 13,195 | 681 | 992 | 988 | 685 | 13,351 | 4,413 | 5,254 | 12,510 |
| TX,E | 3,287 | 3,040 | 3,070 | 3,257 | 551 | 348 | 443 | 456 | 2,736 | 2,692 | 2,627 | 2,801 |
| TX,S | 5,850 | 6,799 | 7,010 | 5,639 | 869 | 813 | 929 | 753 | 4,981 | 5,986 | 6,081 | 4,886 |
| TX,W | 3,028 | 4,273 | 3,965 | 3,336 | 472 | 641 | 557 | 556 | 2,556 | 3,632 | 3,408 | 2,780 |
| **6th** | **22,948** | **23,721** | **18,767** | **27,902** | **3,765** | **3,233** | **3,704** | **3,294** | **19,183** | **20,488** | **15,063** | **24,608** |
| KY,E | 1,556 | 1,408 | 1,457 | 1,507 | 556 | 528 | 672 | 412 | 1,000 | 880 | 785 | 1,095 |
| KY,W | 1,486 | 1,603 | 1,504 | 1,585 | 227 | 295 | 241 | 281 | 1,259 | 1,308 | 1,263 | 1,304 |
| MI,E | 4,052 | 3,700 | 3,873 | 3,879 | 593 | 504 | 604 | 493 | 3,459 | 3,196 | 3,269 | 3,386 |
| MI,W | 1,347 | 1,424 | 1,447 | 1,324 | 202 | 219 | 253 | 168 | 1,145 | 1,205 | 1,194 | 1,156 |
| OH,N | 5,635 | 4,168 | 3,850 | 5,953 | 521 | 641 | 635 | 527 | 5,114 | 3,527 | 3,215 | 5,426 |
| OH,S | 4,581 | 7,488 | 2,577 | 9,492 | 702 | 486 | 584 | 604 | 3,879 | 7,002 | 1,993 | 8,888 |
| TN,E | 1,430 | 1,224 | 1,318 | 1,336 | 342 | 192 | 256 | 278 | 1,088 | 1,032 | 1,062 | 1,058 |
| TN,M | 1,342 | 1,434 | 1,352 | 1,424 | 238 | 155 | 183 | 210 | 1,104 | 1,279 | 1,169 | 1,214 |
| TN,W | 1,519 | 1,272 | 1,389 | 1,402 | 384 | 213 | 276 | 321 | 1,135 | 1,059 | 1,113 | 1,081 |
| **7th** | **31,837** | **23,624** | **23,056** | **32,405** | **2,994** | **3,386** | **3,117** | **3,263** | **28,843** | **20,238** | **19,939** | **29,142** |
| IL,N | 14,623 | 9,100 | 10,387 | 13,336 | 1,192 | 1,235 | 1,125 | 1,302 | 13,431 | 7,865 | 9,262 | 12,034 |
| IL,C | 1,579 | 1,419 | 1,394 | 1,604 | 257 | 252 | 229 | 280 | 1,322 | 1,167 | 1,165 | 1,324 |
| IL,S | 2,093 | 1,385 | 1,426 | 2,052 | 273 | 342 | 308 | 307 | 1,820 | 1,043 | 1,118 | 1,745 |
| IN,N | 2,308 | 2,412 | 2,323 | 2,397 | 486 | 482 | 496 | 472 | 1,822 | 1,930 | 1,827 | 1,925 |
| IN,S | 8,409 | 6,127 | 4,472 | 10,064 | 303 | 460 | 392 | 371 | 8,106 | 5,667 | 4,080 | 9,693 |
| WI,E | 1,712 | 2,027 | 1,931 | 1,808 | 274 | 386 | 321 | 339 | 1,438 | 1,641 | 1,610 | 1,469 |
| WI,W | 1,113 | 1,154 | 1,123 | 1,144 | 209 | 229 | 246 | 192 | 904 | 925 | 877 | 952 |
| **8th** | **17,066** | **13,887** | **20,575** | **10,378** | **2,286** | **2,483** | **2,667** | **2,102** | **14,780** | **11,404** | **17,908** | **8,276** |
| AR,E | 1,449 | 2,074 | 1,885 | 1,638 | 250 | 339 | 331 | 258 | 1,199 | 1,735 | 1,554 | 1,380 |
| AR,W | 700 | 881 | 964 | 617 | 297 | 255 | 327 | 225 | 403 | 626 | 637 | 392 |
| IA,N | 406 | 441 | 438 | 409 | 163 | 161 | 164 | 160 | 243 | 280 | 274 | 249 |
| IA,S | 449 | 568 | 573 | 444 | 114 | 154 | 163 | 105 | 335 | 414 | 410 | 339 |
| MN | 9,001 | 3,120 | 9,649 | 2,472 | 329 | 429 | 439 | 319 | 8,672 | 2,691 | 9,210 | 2,153 |
| MO,E | 2,175 | 3,481 | 3,658 | 1,998 | 425 | 390 | 409 | 406 | 1,750 | 3,091 | 3,249 | 1,592 |
| MO,W | 1,454 | 2,004 | 2,029 | 1,429 | 439 | 519 | 571 | 387 | 1,015 | 1,485 | 1,458 | 1,042 |
| NE | 656 | 698 | 710 | 644 | 87 | 100 | 117 | 70 | 569 | 598 | 593 | 574 |
| ND | 343 | 286 | 303 | 326 | 82 | 52 | 66 | 68 | 261 | 234 | 237 | 258 |
| SD | 433 | 334 | 366 | 401 | 100 | 84 | 80 | 104 | 333 | 250 | 286 | 297 |
| **9th** | **50,383** | **50,280** | **52,467** | **48,196** | **7,170** | **7,739** | **7,921** | **6,988** | **43,213** | **42,541** | **44,546** | **41,208** |
| AK | 388 | 379 | 400 | 367 | 145 | 115 | 123 | 137 | 243 | 264 | 277 | 230 |
| AZ | 10,342 | 5,419 | 10,766 | 4,995 | 675 | 769 | 786 | 658 | 9,667 | 4,650 | 9,980 | 4,337 |
| CA,N | 8,950 | 8,788 | 6,475 | 11,263 | 671 | 617 | 673 | 615 | 8,279 | 8,171 | 5,802 | 10,648 |
| CA,E | 5,293 | 4,447 | 4,195 | 5,545 | 870 | 710 | 678 | 902 | 4,423 | 3,737 | 3,517 | 4,643 |
| CA,C | 10,776 | 16,450 | 15,841 | 11,385 | 1,597 | 1,883 | 1,976 | 1,504 | 9,179 | 14,567 | 13,865 | 9,881 |
| CA,S | 2,800 | 2,773 | 2,795 | 2,778 | 411 | 481 | 479 | 413 | 2,389 | 2,292 | 2,316 | 2,365 |
| HI | 537 | 693 | 695 | 535 | 80 | 102 | 107 | 75 | 457 | 591 | 588 | 460 |
| ID | 658 | 594 | 569 | 683 | 152 | 117 | 114 | 155 | 506 | 477 | 455 | 528 |
| MT | 609 | 589 | 573 | 625 | 142 | 137 | 110 | 169 | 467 | 452 | 463 | 456 |
| NV | 4,319 | 3,109 | 3,535 | 3,893 | 489 | 247 | 388 | 348 | 3,830 | 2,862 | 3,147 | 3,545 |
| OR | 2,400 | 2,159 | 2,078 | 2,481 | 759 | 658 | 627 | 790 | 1,641 | 1,501 | 1,451 | 1,691 |
| WA,E | 798 | 1,302 | 1,304 | 796 | 431 | 704 | 736 | 399 | 367 | 598 | 568 | 397 |
| WA,W | 2,289 | 3,394 | 3,177 | 2,506 | 727 | 1,191 | 1,113 | 805 | 1,562 | 2,203 | 2,064 | 1,701 |

Ex. CC, at 2

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GUAM | 185 | 158 | 34 | 309 | 19 | 6 | 9 | 16 | 166 | 152 | 25 | 293 |
| NMI | 39 | 26 | 30 | 35 | 2 | 2 | 2 | 2 | 37 | 24 | 28 | 33 |
| **10th** | **9,247** | **10,413** | **10,036** | **9,624** | **2,148** | **2,014** | **2,127** | **2,035** | **7,099** | **8,399** | **7,909** | **7,589** |
| CO | 2,713 | 3,654 | 3,444 | 2,923 | 438 | 449 | 457 | 430 | 2,275 | 3,205 | 2,987 | 2,493 |
| KS | 1,409 | 1,588 | 1,621 | 1,376 | 398 | 381 | 437 | 342 | 1,011 | 1,207 | 1,184 | 1,034 |
| NM | 1,255 | 1,244 | 1,242 | 1,257 | 352 | 362 | 345 | 369 | 903 | 882 | 897 | 888 |
| OK,N | 710 | 695 | 684 | 721 | 225 | 179 | 186 | 218 | 485 | 516 | 498 | 503 |
| OK,E | 420 | 441 | 420 | 441 | 199 | 184 | 190 | 193 | 221 | 257 | 230 | 248 |
| OK,W | 1,003 | 1,245 | 1,252 | 996 | 246 | 247 | 298 | 195 | 757 | 998 | 954 | 801 |
| UT | 1,516 | 1,282 | 1,118 | 1,680 | 251 | 165 | 163 | 253 | 1,265 | 1,117 | 955 | 1,427 |
| WY | 221 | 264 | 255 | 230 | 39 | 47 | 51 | 35 | 182 | 217 | 204 | 195 |
| **11th** | **26,877** | **86,762** | **35,836** | **77,803** | **4,055** | **4,838** | **4,677** | **4,216** | **22,822** | **81,924** | **31,159** | **73,587** |
| AL,N | 2,492 | 2,137 | 2,234 | 2,395 | 492 | 441 | 450 | 483 | 2,000 | 1,696 | 1,784 | 1,912 |
| AL,M | 1,132 | 1,127 | 1,076 | 1,183 | 203 | 214 | 209 | 208 | 929 | 913 | 867 | 975 |
| AL,S | 595 | 1,185 | 1,148 | 632 | 139 | 123 | 125 | 137 | 456 | 1,062 | 1,023 | 495 |
| FL,N | 3,904 | 54,180 | 4,405 | 53,679 | 210 | 177 | 205 | 182 | 3,694 | 54,003 | 4,200 | 53,497 |
| FL,M | 6,268 | 8,830 | 8,590 | 6,508 | 1,311 | 1,550 | 1,501 | 1,360 | 4,957 | 7,280 | 7,089 | 5,148 |
| FL,S | 4,955 | 10,045 | 10,385 | 4,615 | 661 | 1,069 | 955 | 775 | 4,294 | 8,976 | 9,430 | 3,840 |
| GA,N | 5,539 | 6,753 | 5,621 | 6,671 | 625 | 833 | 749 | 709 | 4,914 | 5,920 | 4,872 | 5,962 |
| GA,M | 1,061 | 1,393 | 1,397 | 1,057 | 219 | 213 | 275 | 157 | 842 | 1,180 | 1,122 | 900 |
| GA,S | 931 | 1,112 | 980 | 1,063 | 195 | 218 | 208 | 205 | 736 | 894 | 772 | 858 |

NOTE: The number of pending cases in this report includes cases that have been transferred under a Multidistrict Litigation (MDL) order. Large numbers of civil cases may be temporarily assigned by the Judicial Panel on Multidistrict Litigation to a district judge for pretrial management.  As MDL cases vary greatly among districts, it is advisable to check with the relevant district court before drawing statistical conclusions about the number of pending cases for that district.

[1] Revised.

[2] The higher number of pending cases reported for the Southern District of West Virginia is the result of reconciliation efforts conducted for pretrial management for the three-month period ending June 30, 2018.

Ex. CC, at 3