# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH,<br><br>Defendants. | Case No. 2:21-cv-03120-JVS-KES<br><br>**ORDER SUSPENDING ALL PENDING DEADLINES [61]** |

ORDER SUSPENDING ALL PENDING DEADLINES

781815.1

Having considered the Stipulation Providing Notice of Settlement-in-Principle and Suspending All Pending Deadlines, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. All pending deadlines are suspended. The hearing on Defendants' motion to dismiss, set for May 9, 2022 at 1:30 p.m., is vacated.

2. Plaintiff shall file his motion for preliminary approval of settlement within 45 days of this Order.

**SO ORDERED.**

Dated: February 22, 2022

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE