Robert V. Prongay (SBN 270796)
Casey E. Sadler (SBN 274241)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: csadler@glancylaw.com

*Counsel for Lead Plaintiff Michael G.*
*Quinn and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:21-cv-03120-JVS-KES |
| Plaintiff, | **DECLARATION OF CASEY E. SADLER IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, (II) CERTIFICATION OF THE SETTLEMENT CLASS, AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS** |
| v. | |
| CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH, | |
| Defendants. | Date:    May 9, 2022 |
| | Time:    1:30 p.m. |
| | Crtm:    10C |
| | Judge:   James V. Selna |

I, Casey E. Sadler, hereby declare and state as follows:

1.   I am an attorney admitted to practice before this Court.  I am a partner with the law firm of Glancy Prongay & Murray LLP, the Court-appointed Lead Counsel for Lead Plaintiff and the proposed Settlement Class.  I have personal knowledge of the facts set forth herein and if called upon to testify thereto, I could and would do so.  I submit this declaration, together with the attached exhibits, in support of Lead Plaintiff's Unopposed Motion for (I) Preliminary Approval of Class Action Settlement, (II) Certification of the Settlement Class, and (III) Approval of Notice to the Settlement Class.

2.   Attached hereto as **Exhibit 1** is a true and correct copy of the Stipulation and Agreement of Settlement dated April 6, 2022.  Annexed as exhibits to the Stipulation are:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Preliminary Approval Order |
| A-1 | Notice |
| A-2 | Proof of Claim and Release Form |
| A-3 | Summary Notice |
| A-4 | Postcard Notice |
| B | Final Judgment and Order |

3.   Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from a report by NERA Economic Consulting, Inc., entitled "Recent Trends in Securities Class Action Litigation: 2020 Full-Year Review."

4.   Attached hereto as **Exhibit 3** is a true and correct copy of the Order Granting Motion for Preliminary Approval of Class Action Settlement in *Tchatchou v. India Globalization Capital, Inc.*, Case No. 8:18-cv-03396-PWG, pending in the United States District Court for the District of Maryland.

/ / /

/ / /

/ / /

1
DECLARATION OF CASEY E. SADLER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 7th day of April 2022, in Los Angeles California.

                                        *s/ Casey E. Sadler*
                                        Casey E. Sadler

2
DECLARATION OF CASEY E. SADLER

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On April 7, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 7, 2022, at Los Angeles, California.

*/s/ Casey E. Sadler*
Casey E. Sadler