Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Casey E. Sadler (SBN 274241)
  *csadler@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Michael G. Quinn*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH,<br><br>Defendants. | Case No. 2:21-cv-03120-JVS-KES<br><br>**UNOPPOSED REQUEST: (1) FOR LEAVE TO FILE A SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND (2) TO HOLD THE MOTION IN ABEYANCE** |

REQUEST TO HOLD MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT IN ABEYANCE

Lead Plaintiff Michael G. Quinn ("Plaintiff") respectfully requests an order from this Court: (1) for leave to file, on or before August 31, 2022, a supplemental submission in further support of his Unopposed Motion for (I) Preliminary Approval of Class Action Settlement, (II) Certification of the Settlement Class, and (III) Approval of Notice to the Settlement Class (Dkt. No. 63, the "Motion"); and (2) to hold the Motion in abeyance pending the submission of the supplemental submission. Defendants Champignon Brands, Inc. n/k/a Braxia Scientific Corp., Gareth Birdsall, Matthew Fish, Stephen Brohman, and Roger McIntyre (collectively, "Defendants") do not oppose this request. In support thereof, Plaintiff states:

1.      On April 7, 2022, Plaintiff filed the Motion. *See* Dkt. Nos. 63-65.

2.      On May 2, 2022, the Court ordered the parties to file supplemental briefing regarding the Court's authority to grant class relief with respect to transactions on the OTC Market. Dkt. No. 66 (citing *Morrison v. Nat'l Australia Bank Ltd.*, 561 U.S. 247 (2010)). On May 10, 2022, the Parties filed responsive supplemental briefing. *See* Dkt. Nos. 67-68.

3.      On August 9, 2022, the Court provided the Parties with its tentative order denying the Motion without prejudice (the "Tentative Order"). While the Tentative Order found that most of the prerequisites for preliminary approval of the proposed settlement were satisfied, it stated that the Court could not "assess the reasonableness of the proposed Settlement Agreement" without "evidence of the [proposed Class's] maximum recovery amount and an explanation as to how that amount was calculated." Tentative Order at 24-25; *see also id*. at 20.  The Tentative Order further noted that the Court could not evaluate the fairness of the parties' confidential agreement concerning Defendants' termination option (the "Opt-Out Agreement") without reviewing the agreement itself and directed Plaintiff to provide the agreement "*in camera* so that the Court may review its fairness."  *Id.* at 23, 25.  Lastly, the Tentative Order gave the parties until August 19, 2022 to file a hearing request, absent which the Tentative Order would become the order of the Court.  *Id*. at 27.

REQUEST TO HOLD MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT IN ABEYANCE

1

4.       In the interest of judicial economy and conservation of resources, Plaintiff believes that the most efficient course would be for him to file a supplemental submission to cure the evidentiary deficiencies identified by the Court in the Tentative Order.  The supplemental submission will include both a declaration from Plaintiff's damages expert supporting the calculation of the Class's maximum recovery amount discussed in the Motion and a copy of the Opt-Out Agreement for *in camera* review by the Court.

5.       As the Tentative Order did not expressly grant Plaintiff leave to file this supplemental information in further support of the Motion, Plaintiff hereby requests leave to do so by August 31, 2022.  Plaintiff further requests that the Court hold the Motion in abeyance during this time and that the Tentative Order not become the order of the Court until such time as the Court has had the opportunity to review and consider Plaintiff's supplemental submission.  This request is not for the purposes of delay, but it is intended to avoid unnecessary and duplicative motion practice.

DATED:  August 12, 2022                    Respectfully submitted,

GLANCY PRONGAY & MURRAY LLP
By:    */s/ Casey E. Sadler*
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Counsel for Lead Plaintiff Michael G. Quinn and Lead Counsel for the proposed Settlement Class*

REQUEST TO HOLD MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT IN ABEYANCE