**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH,<br><br>Defendants. | Case No. 2:21-cv-03120-JVS-KES<br><br>**ORDER GRANTING REQUEST: (1) FOR LEAVE TO FILE A SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND (2) TO HOLD THE MOTION IN ABEYANCE** |

Having considered Lead Plaintiff Michael G. Quinn's Unopposed Request: (1) For Leave To File A Supplemental Submission In Further Support Of Plaintiff's Motion For Preliminary Approval Of Class Action Settlement; And (2) To Hold The Motion In Abeyance (the "Request"), and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Request is granted;

2. Lead Plaintiff Michael G. Quinn shall have until and including August 31, 2022: (a) to file a supplemental submission in further support of his Unopposed Motion for (I) Preliminary Approval of Class Action Settlement, (II) Certification of the Settlement Class, and (III) Approval of Notice to the Settlement Class (Dkt. No. 63, the "Preliminary Approval Motion"); and (b) to provide the Court with a copy of the Parties' confidential agreement concerning Defendants' termination option for *in camera* review; and

3. The Preliminary Approval Motion will be held in abeyance pending the August 31, 2022 deadline. Unless Plaintiff provides the requested supplemental information by August 31, 2022, the Court's tentative order on the Preliminary Approval Motion provided to the Parties on August 9, 2022 shall issue as the order of the Court.

**SO ORDERED.**

Dated: August 15, 2022

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE