UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:21-cv-03120-JVS (KESx)                    Date   September 14, 2022

Title   Jeffrey N. Schneider et al. v. Champignon Brands Inc. et al.

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Elsa Vargas for Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

Proceedings:   **[IN CHAMBERS] Order Clarifying Attorneys' Fees in Settlement Agreement**

The proposed Settlement Agreement allocates an amount not to exceed 33 1/3% of the Settlement Fund, including interest earned on the Settlement Amount, to attorneys' fees.  Dkt. 65-1 at 3.  Courts in this district typically adhere to the Ninth Circuit benchmark of 25 percent in cases in which there is little active litigation pre-settlement. See, e.g., Ramirez v. Rite Aid Corp., 2022 U.S. Dist. LEXIS 109069, at *23 (C.D. Cal. May 3, 2022).  The Court may exercise discretion to award attorneys' fees in a class action settlement by applying either the lodestar method or the percentage-of-the-fund method.  Fischel v. Equitable Life Assurance Soc'y of U.S., 307 F.3d 997, 1006 (9th Cir. 2002).  Here, however, Plaintiff does not offer a lodestar calculation.

The Court cannot evaluate the overall fairness of the Settlement Agreement without a more definite statement of the attorneys' fees to be requested and awarded. Lead Counsel shall submit a formal motion for attorneys' fees along with evidence of time spent on the case and a lodestar calculation so that the Court can consider the fairness of the Settlement Agreement for purposes of preliminary approval **within ten days of the date of this Order**.

In the meantime, the Court holds in abeyance final class certification and approval of the settlement.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    2:21-cv-03120-JVS (KESx)                    Date    September 14, 2022

Title    Jeffrey N. Schneider et al. v. Champignon Brands Inc. et al.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer        eva/lmb