Bruce G. Vanyo (SBN 60134)
bruce@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

[Additional Counsel on Signature Page]

*Counsel for Defendant Champignon*
*Brands Inc. n/k/a Braxia Scientific Corp.,*
*Gareth Birdsall, Matthew Fish,*
*Stephen Brohman, and Roger McIntyre*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:21-cv-03120-JVS-KES |
| Plaintiff, | **NOTICE OF DEFENDANTS' UNOPPOSED MOTION TO VACATE IN PART THE COURT'S ORDER DATED SEPTEMBER 14, 2022** |
| v. | |
| CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH, | Judge: Hon. James V. Selna Courtroom: 10C Date: October 24, 2022 Time: 1:30pm |
| Defendants. | |

*Vertical margin text (firm letterhead):*
Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 24, 2022 at 1:30pm, or as soon thereafter as the Parties may be heard in the Courtroom of the Honorable James V. Selna, Courtroom 10C, located at the United States Courthouse, Ronald Reagan Federal Building, 411 West 4th Street, Room 1053, Santa Ana, California 92701, Defendants Champignon Brands, Inc., n/k/a Braxia Scientific Corp. ("Braxia"), Gareth Birdsall, Matthew Fish, Stephen Brohman, and Roger McIntyre will, and hereby do, move the Court for the entry of the attached Proposed Order on Defendants' Motion to Vacate in Part the Court's Order Dated September 14, 2022 (the "Motion"), which requests that the Court vacate in part its Order Clarifying Attorneys' Fees in Settlement Agreement dated September 14, 2022 (the "Order"), insofar as it would hold Lead Plaintiff Michael G. Quinn's ("Lead Plaintiff") Unopposed Motion for (I) Preliminary Approval of Class Action Settlement, (II) Certification of the Settlement Class, and (III) Approval of Notice to the Settlement Class (Dkt. No. 63), in abeyance pending the Court's determination of the amount of any attorneys' fee award to Lead Counsel.

This unopposed motion is based upon the accompanying Memorandum of Points and Authorities and all of the documents in support thereof, as well as the pleadings and papers on file in this matter and any further evidence and argument as may be presented at the hearing.

Defendants conferred with Lead Counsel for Lead Plaintiff with respect to this motion. Lead Counsel has authorized Defendants to represent that Lead Plaintiff does not oppose this motion.

1

NOTICE OF DEFENDANTS' UNOPPOSED MOTION TO VACATE IN PART THE COURT'S ORDER DATED SEPTEMBER 14, 2022

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

DATED:  September 23, 2022

**KATTEN MUCHIN ROSENMAN LLP**

By:  */s/ Bruce G. Vanyo*

Bruce G. Vanyo
Email:  bruce@katten.com
2029 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

Jonathan A. Rotenberg (admitted *pro hac vice*)
Email: jonathan.rotenberg@katten.com
50 Rockefeller Plaza
New York, NY 10020
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

*Counsel for Defendants Champignon*
*Brands Inc. n/k/a Braxia Scientific Corp.,*
*Gareth Birdsall, Matthew Fish,*
*Stephen Brohman, and Roger McIntyre*

2