Bruce G. Vanyo (SBN 60134)
bruce@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

*Counsel for Defendant Champignon*
*Brands Inc. n/k/a Braxia Scientific Corp.,*
*Gareth Birdsall, Matthew Fish,*
*Stephen Brohman, and Roger McIntyre*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH,<br><br>Defendants. | Case No. 2:21-cv-03120-JVS-KES<br><br>**[PROPOSED] ORDER VACATING IN PART THE COURT'S ORDER DATED SEPTEMBER 14, 2022**<br><br>[*Defendants' Unopposed Motion to Vacate in Part the Court's Order Dated September 14, 2022*]<br><br>Date: October 24, 2022<br>Time: 1:30pm |

WHEREAS, a consolidated class action is pending in this Court entitled *Schneider v. Champignon Brands, Inc., et al.*, Case No. 2:21-cv-03120 (the "Action");

WHEREAS, Lead Plaintiff Michael G. Quinn ("Lead Plaintiff"), on behalf of himself and the proposed settlement class, Defendant Champignon Brands Inc. n/k/a Braxia Scientific Corp. ("Braxia"), and Defendants Gareth Birdsall, Roger McIntyre, Stephen Brohman, and Matthew Fish  (collectively, the "Individual Defendants" and, together with Braxia, the "Defendants" and together with Lead Plaintiff, the "Parties") have agreed to settle all claims asserted against Defendants in this Action with prejudice on the terms and conditions set forth in the Parties' Stipulation and Agreement of Settlement (the "Stipulation"), subject to approval of this Court (the "Settlement");

WHEREAS, on April 7, 2022, Lead Plaintiff made an application pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order preliminarily approving the Settlement in accordance with the Stipulation, certifying the settlement class for purposes of the Settlement only, and allowing notice to settlement class members (Dkt. No. 63, "Motion for Preliminary Approval");

WHEREAS, on September 14, 2022, the Court entered an Order Clarifying Attorneys' Fees in Settlement Agreement, which: (1) ordered Lead Counsel to submit a motion on attorneys' fees along with evidence supporting their request within ten (10) days of the Order; and (2) held in abeyance Lead Plaintiff's Motion for Preliminary Approval (Dkt. No. 74, the "Order");

WHEREAS, on September 23, 2022, Defendants submitted a Motion to Vacate in Part the Court's Order Dated September 14, 2022 insofar as it would hold Lead Plaintiff's pending Motion for Preliminary Approval in abeyance pending the determination of the amount of any fee award to Lead Counsel (Dkt. No. 76, the "Motion"); and

WHEREAS, the Court has read and considered Defendants' Motion:

[PROPOSED]  ORDER VACATING  IN PART THE COURT'S  ORDER  DATED SEPTEMBER 14, 2022

NOW THEREFORE, IT IS HEREBY ORDERED:

The Court's Order is vacated insofar as it would hold Lead Plaintiff's pending Motion for Preliminary Approval in abeyance pending the determination of the amount of any fee award to Lead Counsel.

SO ORDERED this _____ day of _____, 2022.

_____
The Honorable James V. Selna
United States District Court Judge

**2**