Robert V. Prongay (SBN 270796)
Casey E. Sadler (SBN 274241)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: csadler@glancylaw.com

*Counsel for Lead Plaintiff Michael G.*
*Quinn and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH,<br><br>Defendants. | Case No. 2:21-cv-03120-JVS-KES<br><br>**LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>Date:   October 24, 2022<br>Time:   1:30 p.m.<br>Crtm.:   10C<br>Judge:   Hon. James V. Selna |

NOTICE OF MOTION FOR ATTORNEYS' FEES AND EXPENSES

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and the Court's Order Clarifying Attorneys' Fees in Settlement Agreement entered on September 14, 2022 (ECF No. 74), on October 24, 2022, at 1:30 p.m., or as soon thereafter as counsel may be heard in the Courtroom of the Honorable James V. Selna, United States District Judge, Central District of California, located at 411 West 4th Street, Courtroom 10C, Santa Ana, California 92701, Lead Counsel Glancy Prongay & Murray LLP ("Lead Counsel" or "GPM"), will and hereby does move the Court for an preliminary order awarding attorneys' fees and reimbursement of Litigation Expenses.[1]

This motion is based on the concurrently filed Memorandum of Points and Authorities in Support of Motion for a Preliminary Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and Declaration of Casey E. Sadler in Support of Lead Counsel's Motion for a Preliminary Award of Attorneys' Fees and Reimbursement of Litigation Expenses, as well as the pleadings and papers on file in this Action and any further evidence and argument as may be presented at the hearing.

Lead Counsel has conferred with Defendants' Counsel with respect to this motion in accordance with L.R. 7-3. Defendants' Counsel have authorized Lead Counsel to represent that Defendants do not take any position with respect to Lead Counsel's request for fees and reimbursement of Litigation Expenses, except that Defendants believe that Lead Plaintiff's motion for preliminary approval should not be held in abeyance pending the Court's consideration of Lead Counsel's request for fees and related expenses.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation of Settlement dated April 6, 2022 (ECF No. 65-1).

DATED:  September 26, 2022

**GLANCY PRONGAY & MURRAY LLP**


By: */s/ Casey E. Sadler*
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
csadler@glancylaw.com

*Counsel for Plaintiff Michael G. Quinn and Lead Counsel for the Class*

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On September 26, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 26, 2022, at Los Angeles, California.

/s/ Casey E. Sadler
Casey E. Sadler