**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH,<br><br>Defendants. | Case No. 2:21-cv-03120-JVS-KES<br><br>**Honorable James V. Selna**<br><br>**Hearing Date:  October 24, 2022** |

**[PROPOSED] ORDER PRELIMINARILY APPROVING ATTORNEYS'**
**FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

This matter came on for hearing on October 24, 2022 on Lead Counsel's motion for a preliminary award of attorneys' fees and reimbursement of Litigation Expenses. The Court having considered all matters submitted to it at the October 24, 2022 hearing and otherwise; and the Court having considered and determined the fairness and reasonableness of the award of attorneys' fees and Litigation Expenses requested,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated April 6, 2022 (ECF No. 65-1) (the "Stipulation")

1

and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2.    The Court has jurisdiction to enter this Order and over the subject matter of the Action and all parties to the Action, including all Settlement Class Members.

3.    Lead Counsel are hereby preliminarily awarded attorneys' fees in the amount of 25% of the Settlement Fund and $23,953.30 in reimbursement of litigation expenses (which fees and expenses shall be paid from the Settlement Fund), which sums the Court finds to be fair and reasonable.  In making this award of attorneys' fees and reimbursement of expenses to be paid from the Settlement Fund, the Court has considered and found that:

A.    The Settlement has created a fund consisting of $1,000,000 in cash that has been funded into escrow pursuant to the terms of the Stipulation, and that numerous Settlement Class Members who submit acceptable Claim Forms will benefit from the Settlement that occurred because of the efforts of Lead Counsel;

B.    Lead Counsel has conducted the litigation and achieved the Settlement with skill, perseverance and diligent advocacy;

C.    The Action raised a number of complex issues;

D.    Had Lead Counsel not achieved the Settlement there would remain a significant risk that Lead Plaintiff and the other members of the Settlement Class may have recovered less or nothing from Defendants;

E.    Lead Counsel undertook the Action on a fully contingent basis, thereby assuming the risk of loss;

F.    Lead Counsel in this Action have devoted over 303.90 hours, with a lodestar value of approximately $182,872.50 to achieve the Settlement; and

G.    The amount of attorneys' fees awarded and expenses to be reimbursed from the Settlement Fund are fair and reasonable and consistent with awards in similar cases.

4.     Lead Plaintiff Michael G. Quinn is hereby preliminarily awarded $1,000 from the Settlement Fund as reimbursement for his reasonable costs and expenses directly related to his representation of the Settlement Class.

SO ORDERED this _____ day of _____, 2022.


_____
The Honorable James V. Selna
United States District Judge

3