UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    2:21-cv-03120-JVS (KESx)                    Date    October 26, 2022

Title    Jeffrey N. Schneider et al. v. Champignon Brands Inc. et al.

Present: The Honorable    **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Casey Sadler | Paul Young |

**Proceedings:**    **Defendants' Motion to Vacate in Part the Court's Order Dated September 14, 2022[76]**
**Lead Counsel's Motion for a Preliminary Award of Attorneys' Fees and Reimbursement of Litigation Expenses[80]**

Cause is called for hearing and counsel make their appearances.  The Court's tentative ruling is issued.  Court and counsel confer.  The Court will review the tentative and issue the Order.

|  | : | 05 |
|---|---|---|
| Initials of Preparer | lmb | |