Robert V. Prongay (SBN 270796)
Casey E. Sadler (SBN 274241)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: csadler@glancylaw.com

*Counsel for Lead Plaintiff Michael G. Quinn and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH, <br><br> Defendants. | Case No. 2:21-cv-03120-JVS-KES <br><br> **NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: February 27, 2023 <br> Time: 1:30 p.m. <br> Crtm: 10C <br> Judge: James V. Selna |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and the Court's Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order," ECF No. 88), on February 27, 2023 at 1:30 p.m., in Courtroom 10C of the United States District Court for the Central District of California, Ronald Reagan Federal Building, 411 West 4th Street, Room 1053, Santa Ana, California 92701, Lead Plaintiff Michael G. Quinn ("Lead Plaintiff") will, and hereby does, move the Honorable James V. Selna, United States District Court Judge, for the entry of the [Proposed] Judgment Approving Class Action Settlement, the [Proposed] Order Approving the Plan of Allocation, and the [Proposed] Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses, each of which are submitted herewith.

As set forth in the memorandum of points and authorities, in accordance with the Federal Rule of Civil Procedure 23(e), the terms of the proposed Settlement are fair, reasonable, and adequate, notice of the proposed Settlement has been disseminated in accordance with the Preliminary Approval Order, and there have been no objections to the Settlement to date. Accordingly, Lead Plaintiff requests the Court grant final approval of the proposed Settlement of this Action, the proposed Plan of Allocation, and the requested award of attorneys' fees and reimbursement of litigation expenses.

This unopposed motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Margery Craig, all the documents and exhibits in support thereof, as well as all the pleadings and papers on file in this matter and any further evidence and argument as may be presented at the hearing.

Lead Counsel conferred with Defendants' counsel with respect to this motion. Defendants' counsel have authorized Lead Counsel to represent that Defendants do not oppose this motion.

| | |
|---|---|
| DATED: January 20, 2023 | **GLANCY PRONGAY & MURRAY LLP** |
| | By: */s/ Casey E. Sadler* |
| | Robert V. Prongay |
| | Casey E. Sadler |
| | 1925 Century Park East, Suite 2100 |
| | Los Angeles, California 90067 |
| | Telephone: (310) 201-9150 |
| | Facsimile: (310) 201-9160 |
| | csadler@glancylaw.com |
| | |
| | *Counsel for Plaintiff Michael G. Quinn and Lead Counsel for the Class* |

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On January 20, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 20, 2023, at Los Angeles, California.

                         */s/ Casey E. Sadler*
                         Casey E. Sadler