UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH,

Defendants.

Case No. 2:21-cv-03120-JVS-KES

Honorable James V. Selna

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Margery Craig, declare as follows:

1.      I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1]  I have over fifteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception.  I have personal knowledge of the facts set forth herein and, if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.      Pursuant to the Court's November 4, 2022 Order Preliminarily Approving Settlement and Providing for Notice (Dkt. No. 88) (the "Preliminary Approval Order"), SCS was retained as the Claims Administrator in connection with the above-captioned action.  I submit

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated April 6, 2022 (Dkt. No. 65-1) (the "Stipulation").

this declaration as a supplement to my earlier declaration, the Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated January 20, 2023 (Dkt. No. 89-4) (the "Initial Mailing Declaration").

3.      As reported in the Initial Mailing Declaration, as of January 20, 2023, a total of 16,741 Postcard Notices had been mailed to potential Settlement Class Members either by SCS or nominees.  Additionally, as noted in the Initial Mailing Declaration, 20,740 emails containing a link to the webpage hosting the Notice and Claim Form had been sent to potential Settlement Class Members by either SCS or a nominee.

4.      Since the execution of the Initial Mailing Declaration, no additional Postcard Notices have been mailed by SCS, no additional Postcard Notices have been requested by a nominee. To date, a total of 37,481 potential Settlement Class Members were either mailed a Postcard Notice or sent an email containing a direct link to the Notice and Claim Form.[2]

### UPDATE ON TOLL-FREE PHONE LINE

5.      As stated in the Initial Mailing Declaration, SCS maintains a toll-free telephone number (1-866-274-4004) for potential Settlement Class Members to call and obtain information about the Settlement as well as request the Notice and Claim Form. SCS continues to promptly respond to each telephone inquiry and will continue to address Settlement Class Member inquiries.

---

[2] SCS received 18 requests for the Notice and Claim Form to be mailed to potential Settlement Class Members following the Postcard Notice mailing. SCS immediately mailed out the Notice and Claim Form in response to these requests.

**UPDATE ON SETTLEMENT WEBPAGE**

6.    On November 18, 2022, SCS established a webpage on its website at www.strategicclaims.net/Braxia/.  The webpage is accessible 24 hours a day, 7 days a week and contains the current status of this case; the case deadlines; the online claim filing link; and important documents.  On January 23, 2023, SCS posted to the Settlement webpage the Notice of Lead Plaintiff's Unopposed Motion for Final Approval of Class Actions Settlement and the Memorandum of Points and Authorities in Support of Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement. SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information until the conclusion of the administration.

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

7.    According to the Postcard Notice, Notice, and Summary Notice written requests for exclusion were to be mailed to SCS such that they were received no later than February 6, 2023. SCS has been monitoring all mail delivered for this case.  As of the date of this declaration, SCS has not received any request for exclusion.

8.    According to the Notice, Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses were to have been submitted to the Clerk of the Court, Lead Counsel, and Defendants' Counsel such that they were received no later than February 6, 2023. As of the date of this declaration, SCS has not been notified of any objections or received any misdirected objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of February 2023, in Media, Pennsylvania.

_Margery Craig_

Margery Craig