UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-03120-JVS(KESx) | Date | February 27, 2023 |
|---|---|---|---|

| Title | Jeffrey N. Schneider, et al v. Champignon Brands Inc., et al |
|---|---|

Present: The
Honorable

**James V. Selna, U.S. District Court Judge**

| Deborah Lewman for Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Casey Sadler | Paul Yong |

**Proceedings:    Final Approval of Settlement Hearing; Plaintiff's Motion for Final Approval of Class Action Settlement [89]**

Cause is called for hearing and counsel make their appearances.  The Court's tentative ruling is issued.  Motion is argued and taken under submission.

|  | : | 01 |
|---|---|---|
| Initials of Preparer | djl | |