Robert V. Prongay (SBN 270796)
Casey E. Sadler (SBN 274241)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: csadler@glancylaw.com

*Counsel for Lead Plaintiff Michael G.*
*Quinn and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY N. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHAMPIGNON BRANDS INC., GARETH BIRDSALL, and MATTHEW FISH, <br><br> Defendants. | Case No. 2:21-cv-03120-JVS-KES <br><br> **LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR CLASS DISTRIBUTION ORDER** <br><br> Date:  December 16, 2024 <br> Time:  1:30 p.m. <br> Crtm:  10C <br> Judge:  James V. Selna |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 16, 2024, at 1:30 p.m., or as soon thereafter as the matter can be before the Honorable James V. Selna, in Courtroom 10C of the United States District Court for the Central District of California, Ronald Reagan Federal Building, 411 West 4th Street, Room 1053, Santa Ana, California 92701, Court-appointed lead plaintiff Michael G. Quinn ("Lead Plaintiff"), will and hereby does move this Court for entry of the [Proposed] Class Distribution Order, which, among other things, will: (i) approve the Claims Administrator's recommendations accepting and rejecting Claims submitted in the above-captioned action (the "Action"); (ii) direct the distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court; and  (iii) approve the Claims Administrator's fees and expenses incurred in connection with the Action.

This Motion is based on this Notice of Motion, the following Memorandum of Points and Authorities; the concurrently filed Declaration of Sharon M. McGowan of the Public Justice Foundation; and the concurrently filed Declaration of Margery Craig Concerning the Results of the Claims Administration Process, submitted on behalf of the Court-approved Claims Administrator, Strategic Claims Services, and the exhibits attached thereto.

Lead Counsel gave Defendants advance notice of this Motion, and counsel for Defendants authorized Lead Counsel to represent that Defendants do not oppose the proposed relief.

Because this Motion is unopposed, Lead Counsel respectfully submits that the Motion may be decided without a hearing.

DATED:  November 14, 2024

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Casey E. Sadler*
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
csadler@glancylaw.com

*Counsel for Plaintiff Michael G. Quinn and Lead Counsel for the Class*

2

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On November 14, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 14, 2024, at Los Angeles, California.

*/s/ Casey E. Sadler*
Casey E. Sadler

3